WILMER CUTLER PICKERING
 HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  Benjamin.Powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  David.Bowker@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice forthcoming*)
   Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:  (650) 600-5051
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                     Plaintiff,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED,<br><br>                     Defendants. | Case No.  5:21-cv-9078<br><br>**PLAINTIFF APPLE INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15** |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Apple Inc. ("Apple") by its counsel hereby certifies that it has no parent corporation, and no publicly held corporation owns 10% or more of Apple's stock.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, Apple is aware of no such interest to report.

Dated: November 23, 2021

Respectfully submitted,

By: /s/ Sonal N. Mehta

WILMER CUTLER PICKERING
 HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
 Benjamin.Powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
 David.Bowker@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice forthcoming*)
 Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

SONAL N. MEHTA (SBN 222086)
 Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*