AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Apple Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:21-cv-9078 |
| NSO Grp. Techs. Ltd. and Q Cyber Techs. Ltd. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Apple Inc.   .

Date:  11/23/2021

/s/ Benjamin Powell
*Attorney's signature*

Benjamin Powell (CA 214728)
*Printed name and bar number*

1875 Pennsylvania Ave NW
Washington, DC 20006
*Address*

benjamin.powell@wilmerhale.com
*E-mail address*

(202) 663-6000
*Telephone number*

(202) 663-6363
*FAX number*