1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
3  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
4  Facsimile:   (213) 443-4310

5  Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED
   and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPLE INC., | Case No. 3:21-cv-09078-JD |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF JOSEPH N. AKROTIRIANAKIS** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:   11/23/2021 |
| Defendants. | |

PLEASE TAKE NOTICE that Joseph N. Akrotirianakis of King & Spalding LLP hereby appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.  Please direct copies of all pleadings, papers, and orders to:

>Joseph N. Akrotirianakis
>KING & SPALDING LLP
>633 W. 5th Street, Suite 1600
>Los Angeles, CA 90071
>
>Telephone:   (213) 443-4355
>Facsimile:    (213) 443-4310
>Email:          jakro@kslaw.com

PLEASE FURTHER TAKE NOTICE that, on behalf of Defendants, undersigned counsel has executed and returned to counsel for Plaintiff a Form AO 399, Waiver of the Service of Summons, with Defendants' response date (90 days, as Defendants are outside the United States) running from December 3, 2021.  Counsel for the parties have agreed that March 3, 2022, is the date 90 days from December 3, 2021.

Dated: January 5, 2022                                    KING & SPALDING LLP

                                                                       By:   /s/Joseph N. Akrotirianakis
                                                                              JOSEPH N. AKROTIRIANAKIS

                                                                              Attorneys for Defendants NSO GROUP
                                                                              TECHNOLOGIES LIMITED and Q
                                                                              CYBER TECHNOLOGIES LIMITED