WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  Benjamin.Powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  David.Bowker@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 600-5051
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

*Counsel for Defendants listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 3:21-cv-09078-JD<br><br>**STIPULATION TO ENLARGE TIME FOR RULE 26(F) CONFERENCE OF THE PARTIES** |

1  Pursuant to Civil Local Rule 6-1(a), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "Defendants") and Plaintiff Apple Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties' Initial Case Management Conference is set for February 17, 2022 (Dkt. No. 16);

WHEREAS, according to Federal Rule of Civil Procedure 26(f)(1), the parties must confer at least 21 days before a scheduling conference, or by Thursday, January 27, 2022;

WHEREAS, Defendants have asked for, and Plaintiff has consented to, an extension of four calendar days for the parties to confer pursuant to Federal Rule 26(f)(1), up to and including Monday, January 31, 2022, to accommodate certain business-related travel by counsel for Defendants and three previously-scheduled depositions to be taken and defended by Defendants' lead counsel during the week of January 24, 2022;

WHEREAS, notwithstanding this short extension, the parties intend to file their initial Joint Case Management Statement by the court-ordered deadline of February 10, 2022.

**IT IS HEREBY STIPULATED AND AGREED** by Defendants and Apple, pursuant Civil Local Rule 6-1 (a), to enlarge the time for the parties to confer pursuant to Federal Rule 26(f)(1) until January 31, 2022.

Dated: January 25, 2022

KING & SPALDING LLP

By:   /s/ Joseph N. Akrotirianakis
JOSEPH N. AKROTIRIANAKIS

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

| | |
|---|---|
| Dated: January 25, 2022 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: */s/* David W. Bowker |
| | DAVID W. BOWKER |
| | *Attorneys for Plaintiff* |
| | APPLE INC. |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: January 25, 2022                                        By:    /s/ David W. Bowker