1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
3  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
4  Facsimile:    (213) 443-4310

5  Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED, and
   Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 3:21-cv-09078-JD<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED**<br><br>Action Filed:  11/23/2021 |

Pursuant to Civil Local Rule 3-15, on behalf of Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (Q Cyber), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

OSY Technologies, as the shareholder of Q Cyber Technologies Limited, has a financial interest in Q Cyber.

Other than the named Defendants, no other entity has a financial interest, as defined by 28 U.S.C. § 455(d)(4), in either Defendant.

By complying with Civil Local Rule 3-15, Defendants are not waiving their right to assert that they act exclusively as the agent of governmental entities or that the Court lacks personal jurisdiction over Defendants. Defendants expressly reserve those rights.

February 9, 2022                                  KING & SPALDING LLP

                                                  By:   /s/Joseph N. Akrotirianakis
                                                        JOSEPH N. AKROTIRIANAKIS

                                                  Attorneys for Defendants NSO GROUP
                                                  TECHNOLOGIES LIMITED, and Q
                                                  CYBER TECHNOLOGIES LIMITED

CERTIFICATION OF INTERESTED ENTITIES                                 Case No. 3:21-cv-09078-JD