WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  Benjamin.Powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  David.Bowker@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 600-5051
Facsimile:   (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

*Counsel for Defendants listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED<br>  and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 3:21-cv-09078-JD<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE PER L.R. 6-2(A)** |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2(a) and 7-12, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "Defendants") and Plaintiff Apple Inc., by and through their respective counsel, stipulate and agree as follows: |

Pursuant to Civil Local Rule 6-2(a) and 7-12, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "Defendants") and Plaintiff Apple Inc., by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on November 23, 2021 (Dkt. No. 1);

WHEREAS, Defendants waived service of the summons in this action and agreed to file their anticipated Motion to Dismiss by March 3, 2022 (Dkt. No. 17);

WHEREAS, Plaintiff and Defendants have agreed to an extension of time for Plaintiff's Opposition to Defendants' Motion to Dismiss to April 18, 2022, and for Defendants' Reply, if any, to May 18, 2022;

WHEREAS, subject to the Court's entry of the attached Proposed Order, Plaintiff and Defendants have further agreed not to engage in merits discovery until after the deadline for Defendants to file their Reply in support of their Motion to Dismiss, except that Plaintiff reserves the right to seek jurisdictional discovery if needed to respond to Defendants' Motion to Dismiss or Reply and Defendants reserve the right to object to any such discovery requests;

WHEREAS, the Court continued the initial case management conference set for February 17, 2022, to March 3, 2022 (Dkt. No. 25);

WHEREAS, lead trial counsel for Defendants will (1) on March 2 and 4, 2022, be in Atlanta, Georgia, to defend previously-scheduled depositions of senior executives of an unrelated client in an unrelated action in which he is also lead trial counsel; and (2) on March 9, 2022, be in Manchester, New Hampshire, to take the deposition of the counter-party's key witness in the same action, which has a March 26, 2022 discovery cutoff, and would be unable, logistically, to fly to San Francisco, California, in time for an in-person court appearance on the morning of either March 3 or 10, 2022;

WHEREAS, Plaintiffs and Defendants have agreed to seek a continuance of the initial case management conference to March 17, 2022, or a date thereafter convenient for the Court, on the basis of the unavailability of Defendants' lead trial counsel;

**IT IS HEREBY STIPULATED AND AGREED** by Defendants and Plaintiff, pursuant to Civil Local Rules 6-2(a) and 7-12:

1. Defendants shall file their anticipated Motion to Dismiss by March 3, 2022;

2. Plaintiff shall file its Opposition to Defendants' Motion to Dismiss by April 18, 2022, and Defendants shall file their Reply, if any, by May 18, 2022;

3. The initial case management conference set for March 3, 2022, be continued to March 17, 2022, or a date thereafter convenient for the Court.

Dated: February 16, 2022        KING & SPALDING LLP


                                By:   /s/ Joseph N. Akrotirianakis
                                JOSEPH N. AKROTIRIANAKIS

                                *Attorneys for Defendants*
                                NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.


Dated: February 16, 2022        WILMER CUTLER PICKERING HALE AND DORR LLP

                                By: /s/ David W. Bowker
                                DAVID W. BOWKER

                                *Attorneys for Plaintiff*
                                APPLE INC.

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: February 16, 2022                             By:   /s/ David W. Bowker