WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  Benjamin.Powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  David.Bowker@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 600-5051
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 3:21-cv-09078-JD<br><br>**DECLARATION OF DAVID W. BOWKER IN SUPPORT OF LOCAL RULE 6-2(A) STIPULATION** |

I, David W. Bowker, declare and state as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Apple Inc. ("Plaintiff"). I am an attorney in good standing duly admitted to practice before all Courts of the State of California. Except as to those matters stated on information and belief, I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. On November 23, 2021, Plaintiff filed its Complaint in this action. (Dkt. No. 1.) On December 30, 2021, I received a waiver of the service of summons in this action from counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants") indicating that Defendants would respond to the Complaint with a Motion to Dismiss to be filed by March 3, 2022. That waiver of the service of summons was filed with the Court on January 4, 2022. (Dkt. No. 17.)

3. On February 10, 2022, my colleague corresponded by email with counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), and we agreed that the briefing schedule on Defendants' anticipated Motion to Dismiss should be as follows: Plaintiff's Opposition to Defendants' Motion would be due on April 18, 2022, and Defendants' Reply, if any, would be due on May 18, 2022.

4. Furthermore, in that exchange we agreed not to engage in merits discovery until after the deadline for Defendants to file their Reply (*i.e.*, May 18, 2022), except that Plaintiff reserved its right to seek jurisdictional discovery if needed to respond to Defendants' Motion to Dismiss, and Defendants reserved their right to object to any such discovery requests. The parties further agreed that the agreement to stay merits discovery during the briefing of the Motion to Dismiss is contingent on the court entering the agreed-upon briefing schedule set forth above.

5. There has been one prior time modification in this case. By stipulation, the parties agreed to an extension of four calendar days for the parties to confer in advance of the Case Management Conference pursuant to Federal Rule 26(f)(1), from January 27, 2021 to January 31, 2022. (Dkt. No. 19). This extension did not impact the timing of the parties' Joint Case Management Statement, which was filed on February 10, 2022. (Dkt. No. 24).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 16, 2022

                 /s/ David W. Bowker
                 David W. Bowker