1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
3  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
4  Facsimile:   (213) 443-4310

5  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | APPLE INC.,                                    | Case No. 3:21-cv-09078-JD |
12 |              Plaintiffs,                        | **DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF STIPULATION REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |
13 |       v.                                        | |
14 | NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
15 |                                                | |
16 |              Defendants.                        | Action Filed:  11/23/2021 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. This case was assigned to this Court on December 1, 2021. (Dkt. 15.) The next day, the Court scheduled the initial case management conference for February 17, 2022. (Dkt. 16.) The parties filed their joint case management statement on February 10, 2022 (Dkt. 24.) The next day, the Court continued the initial case management conference to March 3, 2022. (Dkt. 25.)

3. In addition to being lead counsel for Defendants in this case, I am also lead trial counsel for the Americold parties to *United Natural Foods, Inc. v. Americold Logistics, LLC, et al.*, No. 20STCV03153 (and related cross-action), pending before the Los Angeles County Superior Court, which is scheduled for trial in April 2022 and has a March 26, 2022 discovery cutoff.

4. In the *Americold* action, I am scheduled to defend depositions of my client's senior executives on March 2 and 4, 2022, in Atlanta, Georgia. I am also scheduled to take the deposition of the opposing party's key witness on March 9, 2022, in Manchester, New Hampshire.

5. These three depositions were scheduled before this Court's February 11, 2022 order continuing the initial case management to March 3, 2022.

6. Because of these depositions, it would not logistically be possible for me to fly to San Francisco, California, in time for an in-person court appearance on the morning of either March 3, 2022, or March 10, 2022. Therefore, I am not able to appear in person for the initial case management conference on its currently scheduled date of March 3, 2022. I am also unavailable to appear in person for a conference on the following Thursday, March 10, 2022.

7. In order for me to be able to appear in person at the initial case management conference, as required by this Court's Standing Orders, I respectfully request that the Court continue the initial case management conference to March 17, 2022, or to another later date

convenient to the Court.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 16th day of February 2022, at Altadena, California.

    /s/ Joseph N. Akrotirianakis
    JOSEPH N. AKROTIRIANAKIS

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: February 16, 2022        By:   /s/ David W. Bowker