1    WILMER CUTLER PICKERING
       HALE AND DORR LLP
2    BENJAMIN A. POWELL (SBN 214728)
       Benjamin.Powell@wilmerhale.com
3    DAVID W. BOWKER (SBN 200516)
       David.Bowker@wilmerhale.com
4    MOLLY M. JENNINGS (*pro hac vice*)
       Molly.Jennings@wilmerhale.com
5    1875 Pennsylvania Ave NW
     Washington, DC 20006
6    Telephone:  (202) 663-6000
     Facsimile:   (202) 663-6363
7
8    SONAL N. MEHTA (SBN 222086)
       Sonal.Mehta@wilmerhale.com
9    2600 El Camino Real, Suite 400
     Palo Alto, California 94306
10   Telephone: (650) 600-5051
     Facsimile:  (650) 858-6100
11
12   *Attorneys for Plaintiff Apple Inc.*
13
14
15                  **UNITED STATES DISTRICT COURT**
16                  **NORTHERN DISTRICT OF CALIFORNIA**
17                  **SAN JOSE DIVISION**

18   APPLE INC.,

19                          Plaintiff,                 Case No. 3:21-cv-09078-JD

20          v.                                          **[PROPOSED] ORDER ON
                                                        STIPULATION REGARDING
21   NSO GROUP TECHNOLOGIES LIMITED                     BRIEFING SCHEDULE AND
     and Q CYBER TECHNOLOGIES LIMITED,                  INITIAL CASE MANAGEMENT
22                                                      CONFERENCE PER L.R. 6-2(A)**
                            Defendants.
23
24
25
26
27
28

CASE NO. 3:21-cv-09078-JD                    [PROPOSED] ORDER FOR BRIEFING SCHEDULE

1

**[PROPOSED] ORDER**

2    GOOD CAUSE THEREFORE APPEARING BASED ON THE STIPULATION OF

3  THE PARTIES, IT IS ORDERED that:

4          1.  Defendants shall file their anticipated Motion to Dismiss by March 3, 2022;

5          2.  Plaintiff shall file its Opposition to Defendants' Motion to Dismiss by April 18,

6              2022, and Defendants shall file their Reply, if any, by May 18, 2022;

7          3.  The initial case management conference set for March 3, 2022, is continued to

8              March 17, 2022 at __:__ a.m.

9       IT IS SO ORDERED.

10

11  Dated:_____                    _____

12                                                  Hon. James Donato
                                                    Judge of the U.S. District Court
13                                                  Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28