1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
     jakro@kslaw.com
2  ZACHARY W. BYER (Bar No. 301382)
     zbyer@kslaw.com
3  MATTHEW NOLLER (Bar No. 325180)
     mnoller@kslaw.com
4  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
5  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
6  Facsimile:    (213) 443-4310

7  Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED
   and Q CYBER TECHNOLOGIES LIMITED
8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF MATTHEW V.H. NOLLER** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:  11/23/2021 |
| Defendants. | |

PLEASE TAKE NOTICE that Matthew V.H. Noller of King & Spalding LLP hereby appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.  Please direct copies of all pleadings, papers, and orders to:

> Matthew V.H. Noller
> KING & SPALDING LLP
> 50 California Street, Suite 3300
> San Francisco, CA 94111
>
> Telephone:   (415) 318-1200
> Facsimile:   (415) 318-1300
> Email:       mnoller@kslaw.com

Dated:  March 10, 2022                    KING & SPALDING LLP


                                          By:    /s/ Matthew Noller
                                                 MATTHEW NOLLER

                                          Attorneys for Defendants NSO GROUP
                                          TECHNOLOGIES LIMITED and Q
                                          CYBER TECHNOLOGIES LIMITED