JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
ZACHARY W. BYER (Bar No. 301382)
  zbyer@kslaw.com
MATTHEW NOLLER (Bar No. 325180)
  mnoller@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF ZACHARY W. BYER** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:  11/23/2021 |
| Defendants. | |

1   PLEASE TAKE NOTICE that Zachary W. Byer of King & Spalding LLP hereby appears

2 as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber

3 Technologies Limited.  Please direct copies of all pleadings, papers, and orders to:

4     Zachary W. Byer
    KING & SPALDING LLP
5     633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
6

7     Telephone:   (213) 443-4355
    Facsimile:   (213) 443-4310
8     Email:       zbyer@kslaw.com

9

10  Dated:  March 10, 2022          KING & SPALDING LLP

11

12                    By:   /s/ Zachary W. Byer
                        ZACHARY W. BYER
13

14                        Attorneys for Defendants NSO GROUP
                        TECHNOLOGIES LIMITED and Q
15                        CYBER TECHNOLOGIES LIMITED