# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: March 17, 2022                                                                 Judge: Hon. James Donato

Time: 6 Minutes

Case No.        **3:21-cv-09078-JD**
Case Name       **Apple Inc. v. NSO Group Technologies Limited et al**

Attorney(s) for Plaintiff(s):     Ben Powell/David Bowker
Attorney(s) for Defendant(s):   Joseph Akrotirlanakis/Matthew Noller

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Initial Case Management Conference -- Held

## NOTES AND ORDERS

The parties are directed to complete the briefing on the motion to dismiss as scheduled. *See* Dkt. Nos. 27, 28. Each side will file by April 7, 2022, a brief not to exceed five pages on whether the case should be stayed. No further briefing on a stay will be permitted without the Court's prior approval. The Court will take up the question of whether a stay is appropriate at the motion to dismiss hearing set for June 2, 2022.