WILMER CUTLER PICKERING HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  Benjamin.Powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  David.Bowker@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice pending*)
  Molly.Jennings@wilmerhale.com
JULIAN BEACH (SBN 312988)
  Julian.Beach@wilmerhale.com
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 600-5051
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

*Counsel for Defendants listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 6-1(A) AND 7-7(B)(1)**<br><br>Judge: Hon. James Donato |

**JOINT STIPULATION**

Pursuant to Civil Local Rules 6-1(a) and 7-7(b)(1), Plaintiff Apple Inc. ("Apple") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Apple filed its complaint on November 23, 2021 (ECF No. 1);

WHEREAS, at the Parties' joint request, the Court ordered the deadlines for briefing on any motion to dismiss as follows: Defendants may file a motion to dismiss by March 3, 2022; Apple would file its opposition to the motion to dismiss by April 18, 2022; and Defendants would file their reply in support of the motion to dismiss by May 18, 2022 (ECF No. 27);

WHEREAS, Defendants filed their Motion to Dismiss the Complaint on March 3, 2022, and noticed a hearing date for June 2, 2022 (ECF No. 28);

WHEREAS, pursuant to the Parties' joint agreement (ECF No. 33), the Court stayed this case pending further order due to Defendants' pending Petition for Certiorari in *NSO Group Technologies Ltd. v. WhatsApp Inc.* (ECF No. 34);

WHEREAS, pursuant to the Parties' agreement, the Court directed the Parties to complete the briefing on the motion to dismiss as agreed upon (ECF No. 34);

WHEREAS, Apple filed its opposition to Defendants' Motion to Dismiss on April 18, 2022 (ECF No. 35);

WHEREAS, Defendants filed their Reply in support of their Motion to Dismiss on May 18, 2022 (ECF No. 36);

WHEREAS, Local Rule 7-7(b)(1) provides that "the parties affected by the motion may stipulate in writing pursuant to Civil L.R. 6-1(a) to continue the hearing date";

WHEREAS, Local Rule 6-1(a) provides that the "Parties may stipulate in writing, without a Court order, … to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, this continuation will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, this continuation is not sought for the purpose of undue delay, and no party will be prejudiced by continuing the hearing on Defendants' Motion to Dismiss;

WHEREAS, Defendants do not expect the United States Supreme Court to issue a decision on Defendants' Petition for Certiorari in *NSO Group Technologies Ltd. v. WhatsApp Inc.* prior to the June 2, 2022 hearing on Defendants' Motion to Dismiss (*see* Decl. of Joseph N. Akrotirianakis ("Akro. Decl.") ¶ 3);

WHEREAS, undersigned lead counsel for Defendants, Joseph N. Akrotirianakis, intends to argue Defendants' Motion to Dismiss (*id.* ¶ 2);

WHEREAS, on May 19, 2022, Mr. Akrotirianakis's previously-scheduled trial in another matter pending in the United States District Court for the Central District of California[1] was advanced from June 7, 2022 to June 1, 2022.  Mr. Akrotirianakis's engagement in a jury trial in federal court in Santa Ana, California, will preclude him from simultaneously being present before this Court to argue Defendants' Motion to Dismiss on June 2, 2022 (*id.* ¶¶ 4-5)[2];

ACCORDINGLY, pursuant to Civil Local Rules 6-1(a) and 7-7(b)(1), the parties hereby stipulate without Court order that the Hearing on Defendants' Motion to Dismiss currently noticed for June 2, 2022, shall be continued to July 14, 2022, at 10:00 AM.

Dated:  May 25, 2022                                KING & SPALDING LLP

By:   */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

---

[1] *Panasonic Holdings Corp. v. Getac Tech. Corp.*, No. 8:19-cv-01118-DOC-DFM (C.D. Cal.).
[2] On May 20, 2022, Mr. Akrotirianakis's trial was advanced again from June 1, 2022 to May 31, 2022.  Akro. Decl. ¶ 4.

|     |                        |                                               |
| --- | ---------------------- | --------------------------------------------- |
| 1   |                        |                                               |
| 2   |                        |                                               |
| 3   | Dated: May 25, 2022    | WILMER CUTLER PICKERING HALE AND DORR LLP     |
| 4   |                        |                                               |
| 5   |                        | By: */s/ David W. Bowker*                     |
|     |                        | DAVID W. BOWKER                               |
| 6   |                        |                                               |
| 7   |                        | *Attorneys for Plaintiff*                     |
|     |                        | APPLE INC.                                    |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: May 24, 2022                    By:    */s/ David W. Bowker*