JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
ZACHARY W. BYER (Bar No. 301382)
 zbyer@kslaw.com
MATTHEW NOLLER (Bar No. 325180)
 mnoller@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:21-cv-09078-JD <br><br> **DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULES 6-1(A) AND 7-7(B)(1)** <br><br> Judge: Hon. James Donato |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am a member of the California State Bar and the bar of this court and a partner in the law firm of King & Spalding LLP, lead counsel to NSO Group Technologies Limited and Q Cyber Technologies Limited ("Defendants"), defendants in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. I intend to argue Defendants' Motion to Dismiss Apple's Complaint, which is currently scheduled to be heard on June 2, 2022.

3. Defendants' Petition for Certiorari was distributed to the Justices of the United States Supreme Court for Conference on June 2, 2022. *See NSO Group Tech. Ltd. v. WhatsApp Inc.*, No. 21-1338 (U.S.). It is unlikely the Supreme Court will issue a decision on Defendants' petition before the June 2, 2022, hearing before this Court.

4. I am trial counsel for Getac Technology Corporation and Getac, Inc., in *Panasonic Holdings Corp. v. Getac Tech. Corp. et al.*, No. 8:19-cv-01118-DOC-DFM (C.D. Cal.) (the "*Getac* Matter"), pending before the United States District Court for the Central District of California, the Honorable David O. Carter, presiding. Until May 19, 2022, the trial of the *Getac* Matter had been set to commence June 7, 2022. On May 19, Judge Carter advanced the trial from June 7 to June 1. On May 20, Judge Carter advanced the trial from June 1 to May 31. Today, Judge Carter denied a request to continue the trial to accommodate a witness's medical condition, thus confirming the May 31 trial date. This jury trial is estimated to conclude June 10, 2022.

5. The new trial schedule in the *Getac* Matter means I will be engaged in a jury trial on the date for which Defendants' Motion to Dismiss had been noticed, and I cannot simultaneously appear before this Court and before Judge Carter on June 2, 2022.

1  I declare under penalty of perjury and the laws of the United States that the foregoing is
2  true and correct this 24th day of May 2022, at Los Angeles, California.

_____
JOSEPH N. AKROTIRIANAKIS

- 4 -

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: May 25, 2022                           By:    */s/ David W. Bowker*