KING & SPALDING LLP
JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
ZACHARY W. BYER (Bar No. 301382)
 *zbyer@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     (213) 443-4355
Facsimile:      (213) 443-4310

MATTHEW NOLLER (Bar No. 325180)
 *mnoller@kslaw.com*
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     (415) 318-1200
Facsimile:      (415) 318-1300

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

*Counsel for Plaintiff listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED,<br><br>                Defendants. | Case No. 3:21-cv-09078-JD<br><br>**JOINT STATEMENT REGARDING DEFENDANTS' PENDING PETITION FOR A WRIT OF CERTIORARI IN *NSO GROUP TECHNOLOGIES LIMITED V. WHATSAPP INC.*** |

Pursuant to the Court's Order, Dkt. No. 34, Plaintiff Apple Inc. and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "Defendants") respectfully submit this Joint Statement Regarding Defendants' Pending Petition for a Writ of Certiorari in *NSO Group Technologies Limited v. WhatsApp Inc.*, No. 21-1338 (U.S.).

On April 12, 2022, following the initial case management conference and the parties' agreement to a stay of discovery, the Court stayed this case due to Defendants' pending petition for a writ of certiorari in the *WhatsApp* litigation. Dkt. Nos. 32-34. On June 6, 2022, the Supreme Court issued an order inviting the Solicitor General to file a brief expressing the views of the United States government on Defendants' petition. *See* Orders List, 596 U.S. --- (June 6, 2022).[1] While there is no deadline for the Solicitor General to file its brief, history suggests that it will do so in order to allow the Supreme Court to resolve Defendants' petition during the next Supreme Court Term. *See* Patricia A. Millett, *"We're Your Government and We're Here to Help": Obtaining Amicus Support from the Federal Government in Supreme Court Cases*, 10 J. App. Prac. & Proc. 209, 215 & n.17 (2009). The *WhatsApp* litigation will remain stayed during the pendency of Defendants' petition, because the Ninth Circuit granted Defendants' motion to stay its mandate to allow the Supreme Court to decide whether to issue a writ of certiorari. *See* Dkt. No. 33.

Given these developments, Defendants respectfully request that the Court continue the stay of this action until the Supreme Court decides the petition for a writ of certiorari in the *WhatsApp* litigation. Apple does not oppose Defendants' request, in light of the Court's views on the matter expressed during the March 17, 2022 case management conference, but is ready and willing to proceed sooner should the Court determine that further delay is unnecessary. The parties propose that they will, in a joint statement, promptly advise the Court of any subsequent developments on Defendants' pending petition for a writ of certiorari.

Defendants also respectfully request that the Court continue the hearing on Defendants' motion to dismiss to a date in December 2022 or a later date that is convenient for the Court.

---

[1] *Available at* https://www.supremecourt.gov/orders/courtorders/060622zor_5i26.pdf.

Continuing the hearing to December 2022 or later will more likely ensure that it occurs after the Supreme Court has decided whether to issue a writ of certiorari.  *See* Millett at 215 & n.17 (explaining that the Solicitor General "strives to file pending CVSGs in time to meet the [Supreme] Court's traditional cut-off dates for action each Term" and that certiorari briefing must be complete in December "for the case to be considered on the last conference in January granting cases to be argued in April (and thus to be decided before the Court's summer recess).").[2]  Apple does not oppose continuing the hearing date for the motion to dismiss, but submits that there is no reason to delay the motion to dismiss hearing to December in light of the fact that the Court should act on the pending cert petition by mid-October (the next term begins on October 3, 2022).  *See* Millett at 215 ("As a matter of practice, briefs responding to CVSGs issued in the Fall are generally filed by the December cutoff date, while . . . CVSGs issued late in the Spring or early in the Summer are commonly filed in time to permit the Court's action when the Term commences in October."). Accordingly, Apple requests that the motion to dismiss hearing be set for November 3, 2022, or the earliest date thereafter that is convenient for the Court.  The motion to dismiss currently is set to be heard on August 11, 2022, having been continued from June 2, 2022. *See* Dkt. 38. Defendants submit that, given the overlapping issues, it would be inefficient for the Court to hear Defendants' motion to dismiss before the Supreme Court decides whether to grant certiorari in the *WhatsApp* litigation.  Apple does not oppose this request, again in light of the Court's views on the matter expressed during the March 17 case management conference, but is prepared to proceed sooner.

---

[2] *See also* University of Texas at Austin School of Law – Tarlton Law Library, "U.S. Supreme Court," *available at* https://tarlton.law.utexas.edu/c.php?g=457722&p=3128850 (Apr. 27, 2022) ("There is no specific deadline for the Solicitor General to file briefs when invited to do so by the Court, but the Solicitor General tends to file invitation briefs (in cases in which the Court has asked the federal government to weigh in) in batches in late November/early December and then again in late spring.").

| JOINT STATEMENT REGARDING DEFENDANTS' PENDING PETITION FOR A WRIT OF CERTIORARI | Case No. 3:21-cv-09078-JD |
|---|---|

| | | |
|---|---|---|
| Dated: June 16, 2022 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | | By: */s/ David W. Bowker* |
| | | DAVID W. BOWKER |
| | | *Attorneys for Plaintiff* |
| | | APPLE INC. |
| | | |
| Dated: June 16, 2022 | | KING & SPALDING LLP |
| | | By: */s/ Joseph N. Akrotirianakis* |
| | | JOSEPH N. AKROTIRIANAKIS |
| | | *Attorneys for Defendants* |
| | | NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD. |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: June 16, 2022                By:   */s/ Joseph N. Akrotirianakis*
                                                Joseph N. Akrotirianakis