| | |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for Third Parties\**<br><br>*\*See Signature Page for Complete List of Third Parties* | CARRIE DECELL\*\*<br>JAMEEL JAFFER\*\*<br>ALEX ABDO\*\*<br>STEPHANIE KRENT\*\*<br>EVAN WELBER FALCÓN\*\*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for Third Parties\**<br><br>*\*\*Application for Admission Pro Hac Vice Pending* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>**DECLARATION OF CARRIE DECELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11** |

I, Carrie DeCell, declare and state:

1. I am Carrie DeCell, and I represent Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz in the newly filed case *Dada v. NSO Group Technologies Limited*, No. 3:22-cv-07513-WHA (N.D. Cal.). In this position, I have personal knowledge of the facts in this declaration and, if called as a witness, I would testify competently thereto.

2. On November 30, 2022, Carlos Dada and fourteen other Plaintiffs sued NSO Group Technologies Limited and its parent company, Q Cyber Technologies Limited, alleging violations of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, among other claims. At the time of filing, Plaintiffs' counsel knew that the case was potentially related to the above-captioned case, *Apple Inc. v. NSO Group Technologies Limited*, No. 3:21-cv-09078-JD.

3. Pursuant to Civil Local Rule 3-12, a party in an action must promptly file, in the lowest-numbered case, an "Administrative Motion to Consider Whether Cases Should be Related" if the party has reason to believe that the cases may be related. Plaintiffs in *Dada* are submitting an administrative motion in *Apple* in compliance with this rule.

4. On Wednesday, November 30, 2022, I emailed counsel for Plaintiff Apple Inc. to notify them that the *Dada* Plaintiffs believed the newly filed case *Dada v. NSO Group Technologies Limited*, No. 3:22-cv-07513-WHA, was related to the earlier-filed case *Apple Inc. v. NSO Group Technologies Limited*, No. 3:21-cv-09078-JD, and to seek a stipulation. Counsel for Apple has not yet provided a response regarding the stipulation.

5. On Wednesday, November 30, 2022, I emailed counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited to notify them that the *Dada* Plaintiffs believed the newly filed case *Dada v. NSO Group Technologies Limited*, No. 3:22-cv-07513-WHA, was related to the earlier-filed case *Apple Inc. v. NSO Group Technologies Limited*, No. 3:21-cv-09078-JD, and to seek a stipulation. Counsel for Defendants has not yet responded to that email.

6. Because the *Dada* Plaintiffs have been unable to obtain a stipulation by all affected parties or their counsel in compliance with Civil Local Rule 7-12, the *Dada* Plaintiffs submit this declaration in place of a stipulation per Civil Local Rule 7-11(a).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 2, 2022      Respectfully submitted,

/s/ Carrie DeCell
Carrie DeCell**
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
carrie.decell@knightcolumbia.org

*Counsel for Third Parties Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz*

*\*\*Application for Admission Pro Hac Vice Pending*