1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PAUL HOFFMAN #71244
JOHN WASHINGTON #315991
Schonbrun, Seplow, Harris,
  Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
T: (424) 297-0114
F: (310) 399-7040
hoffpaul@aol.com

*Counsel for Third Parties\**

*\*See Signature Page for Complete List of
Third Parties*

CARRIE DECELL**
JAMEEL JAFFER**
ALEX ABDO**
STEPHANIE KRENT**
EVAN WELBER FALCÓN**
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
carrie.decell@knightcolumbia.org

*Counsel for Third Parties\**

*\*\*Application for Admission Pro Hac Vice
Pending*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

APPLE INC.,

        Plaintiff,

    v.

NSO GROUP TECHNOLOGIES LIMITED
and Q CYBER TECHNOLOGIES LIMITED,

        Defendants.

Case No. 3:21-cv-09078-JD

**[PROPOSED] RELATED CASE
ORDER**

1       Third Parties, Plaintiffs in the action *Dada v. NSO Group Technologies Limited*, No. 3:22-

2  cv-07513-WHA, filed a motion to consider whether the action *Dada v. NSO Group Technologies*

3  *Limited*, No. 3:22-cv-07513-WHA, should be related to the earlier-filed action *Apple Inc. v. NSO*

4  *Group Technologies Limited*, Case No. 3:21-cv-09078-JD. I am the Judge assigned to the above-

5  captioned case.

6       Having carefully considered the papers on this motion, IT IS HEREBY ORDERED THAT

7  the Third Parties' motion is GRANTED. The case *Dada v. NSO Group Technologies Limited*, No.

8  3:22-cv-07513-WHA, should be related to this case and reassigned to this Court. The clerk is

9  directed to reassign Case No. 3:22-cv-07513-WHA to this Court.

10       IT IS SO ORDERED.

11

12       Dated: _____

13

14

15                   _____

                       HONORABLE JAMES DONATO

16                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] RELATED CASE ORDER    2         Case No. 3:21-cv-09078-JD