|   |   |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for Third Parties\**<br><br>*\*See Signature Page for Complete List of Third Parties* | CARRIE DECELL, *Pro Hac Vice*<br>JAMEEL JAFFER, *Pro Hac Vice*<br>ALEX ABDO, *Pro Hac Vice*<br>STEPHANIE KRENT, *Pro Hac Vice*<br>EVAN WELBER FALCÓN, *Pro Hac Vice*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for Third Parties\** |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>**NOTICE OF AMENDED COMPLAINT** |

1   On December 2, 2022, Plaintiffs in *Dada v. NSO Group Technologies Limited*, No. 3:22-
2   cv-07513-WHA (N.D. Cal.), filed an Administrative Motion to Consider Whether Cases Should
3   Be Related Pursuant to Local Rules 3-12 and 7-11 in the above-captioned case, asking this Court
4   to consider whether *Dada* should be related to *Apple Inc. v. NSO Group Technologies Limited*,
5   No. 3:21-cv-09078-JD. *See* ECF No. 42. Plaintiffs in *Dada* write to respectfully inform the Court
6   that they filed an Amended Complaint on December 16, 2022. A copy of the Amended Complaint
7   is attached hereto as Exhibit 1.

DATED: December 20, 2022                    Respectfully submitted,

/s/ Stephanie Krent
Stephanie Krent, *Pro Hac Vice*
Carrie DeCell, *Pro Hac Vice*
Jameel Jaffer, *Pro Hac Vice*
Alex Abdo, *Pro Hac Vice*
Evan Welber Falcón, *Pro Hac Vice*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
stephanie.krent@knightcolumbia.org

/s/ Paul Hoffman
Paul Hoffman #71244
John Washington #315991
Schonbrun, Seplow, Harris,
  Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
T: (424) 297-0114
F: (310) 399-7040
hoffpaul@aol.com

*Counsel for Third Parties Carlos Dada,*
  *Sergio Arauz, Gabriela Cáceres Gutiérrez,*
  *Julia Gavarrete, Roman Gressier, Gabriel*
  *Labrador, Ana Beatriz Lazo Escobar, Efren*
  *Lemus, Daniel Lizárraga, Carlos López*
  *Salamanca, Carlos Martínez, Óscar*
  *Martínez, María Luz Nóchez, Víctor Peña,*

NOTICE OF AMENDED COMPLAINT        2               Case No. 3:21-cv-09078-JD

| | |
|---|---|
| 1 | *Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz* |
| 2 | |

NOTICE OF AMENDED COMPLAINT   3   Case No. 3:21-cv-09078-JD