WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  Benjamin.Powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  David.Bowker@wilmerhale.com
MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

SONAL N. MEHTA (SBN 222086)
  Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 600-5051
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

*Counsel for Defendants listed on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:21-cv-09078-JD <br><br> **JOINT STATEMENT REGARDING CASE STATUS** |

Joint Statement Regarding Case Status —3:21-cv-09078-JD

1       Pursuant to the Court's April 12, 2022, Order, Dkt. No. 34, Plaintiff Apple Inc. and
Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "Defendants") respectfully submit this Joint Statement Regarding Case Status.

       On April 12, 2022, the Court stayed this case pending further order and directed the parties to "promptly advise the Court in a joint statement of any developments on the [Defendants'] pending petition for a writ of certiorari" in *WhatsApp Inc. v. NSO Group Technologies Limited*, No. 20-16408 (9th Cir.) (hereinafter, the "*WhatsApp* litigation"). Dkt. No. 34. Based upon the parties' agreement, and by further Order dated June 16, 2022, the Court extended the stay pending a decision on Defendants' petition for a writ of certiorari in the *WhatsApp* litigation, terminated without prejudice Defendants' motion to dismiss, vacated all hearings, and administratively closed the case. Dkt. No. 39.

       On January 9, 2023, the Supreme Court denied Defendants' cert petition in the *WhatsApp* litigation. *See* Orders List, 598 U.S. --- (January 9, 2023).[1] In preparation of this Joint Statement, the parties have conferred by an exchange of email messages. The parties agree there is no impediment to re-opening the case and respectfully request that the Court re-open it.

       The operative pleading is Plaintiff's Complaint. With respect to Defendants' motion to dismiss (the "Motion"), which was previously fully briefed and then terminated, *see* Dkt. Nos. 28, 35, 36, 40, the parties agree it is appropriate for the Motion, and the papers in support thereof and in opposition thereto, to be refiled, together with any revisions required for that party to comply with Rule 3.3 of the California Rules of Professional Conduct—Candor Towards the Tribunal and Paragraph 23 of the Court's Standing Order for Civil Cases.

       Apple may also revise its Opposition as necessary to respond to any revisions made to Defendants' Motion, and Defendants may revise their Reply to account for any revisions Apple

---

[1] *Available at* https://www.supremecourt.gov/orders/courtorders/010923zor_p860.pdf. The Supreme Court issued an invitation on June 6, 2022, for the Solicitor General to file a brief expressing the views of the United States on the issues raised in NSO's petition for a writ of certiorari. The United States filed its brief on November 21, 2022, and the Supreme Court conferenced on NSO's petition on January 6, 2023.

makes to its Opposition. The parties hereby stipulate and agree to the following schedule for re-submission of the Motion, Opposition, and Reply briefs:

- Defendants will refile the Motion and supporting papers on or before March 10, 2023;
- Apple will refile its Opposition to the Motion on or before April 14, 2023; and
- Defendants will refile their Reply on or before May 5, 2023.

The parties also jointly request that the motion be set for hearing on May 18, 2023, or a date thereafter convenient for the Court.

Dated:  February 3, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ David W. Bowker
DAVID W. BOWKER

*Attorneys for Plaintiff*
APPLE INC.

Dated:  February 3, 2023

KING & SPALDING LLP

By:    /s/ Joseph N. Akrotirianakis
JOSEPH N. AKROTIRIANAKIS

*Attorneys for Defendants*
NSO GROUP TECHS. LTD. and Q CYBER TECHS. LTD.

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: February 3, 2023                                     By:    /s/ David W. Bowker
                                                                          David W. Bowker