| | |
|---|---|
| 1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971) |
|   |   jakro@kslaw.com |
| 2 | AARON S. CRAIG (Bar No. 204741) |
|   |   acraig@kslaw.com |
| 3 | ZACHARY W. BYER (Bar No. 301382) |
|   |   zbyer@kslaw.com |
| 4 | MATTHEW NOLLER (Bar No. 325180) |
|   |   mnoller@kslaw.com |
| 5 | KING & SPALDING LLP |
|   | 633 West Fifth Street, Suite 1600 |
| 6 | Los Angeles, CA 90071 |
|   | Telephone:    (213) 443-4355 |
| 7 | Facsimile:    (213) 443-4310 |

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | **NOTICE OF APPEARANCE OF AARON S. CRAIG** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:  11/23/2021 |
| Defendants. | |

PLEASE TAKE NOTICE that Aaron S. Craig of King & Spalding LLP hereby appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited. Please direct copies of all pleadings, papers, and orders to:

>Aaron S. Craig
>KING & SPALDING LLP
>633 West Fifth Street, Suite 1600
>Los Angeles, CA 90071
>
>Telephone:   (213) 443-4355
>Facsimile:   (213) 443-4310
>Email:       acraig@kslaw.com

Dated: March 10, 2023

KING & SPALDING LLP

By:   */s/ Aaron S. Craig*
      AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.