JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  jakro@kslaw.com
AARON CRAIG (Bar No. 204741)
  acraig@kslaw.com
ZACHARY W. BYER (Bar No. 301382)
  zbyer@kslaw.com
MATTHEW NOLLER (Bar No. 325180)
  mnoller@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ZACHARY W. BYER** |
| v. | |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:   11/23/2021 |
| Defendants. | |

PLEASE TAKE NOTICE that Zachary W. Byer of King & Spalding LLP hereby withdraws as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited.

Dated: March 27, 2023                            KING & SPALDING LLP

                                                 By:    /s/ Zachary W. Byer
                                                        ZACHARY W. BYER

                                                        Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED