1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
      *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
      *acraig@kslaw.com*
3  MATTHEW NOLLER (Bar No. 325180)
      *mnoller@kslaw.com*
4  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
5  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
6  Facsimile:    (213) 443-4310

7  Attorneys for Defendants
   NSO GROUP TECHNOLOGIES LIMITED and
8  Q CYBER TECHNOLOGIES LIMITED

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  APPLE INC.,                         Case No. 3:21-cv-09078-JD
                                        [*The Honorable James Donato*]
14           Plaintiff,
                                        **STIPULATION REGARDING**
15      v.                              **ENTERING LIMITED PROTECTIVE**
                                        **ORDER (FOR NON-DISCOVERY**
16  NSO GROUP TECHNOLOGIES LIMITED,     **DISCLOSURES)**
    and Q CYBER TECHNOLOGIES LIMITED,
17                                      *No hearing scheduled.*
             Defendants.
18                                      Action Filed:  11/23/2021

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING ENTERING                              Case No. 3:21-cv-09078-JD
LIMITED PROTECTIVE ORDER (FOR NON-
DISCOVERY DISCLOSURES)

Apple Inc. ("Apple") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited ("NSO") stipulate as follows:

1. The parties agree that there is good cause for a limited protective order (for non-discovery disclosures) to govern the upcoming court filings NSO intends to seek leave of Court to make in connection with its pending motion to dismiss. *See* ECF Nos. 48, 50;

2. The parties agree that with respect to materials produced, served, exchanged, or otherwise provided during discovery, the parties intend to negotiate and propose a new protective order to govern those materials;

3. The parties agree that the limited protective order does not govern materials produced, served, exchanged, or otherwise provided during discovery;

4. The parties believe that prompt entry of a limited protective order reflecting the stipulated language will advance the litigation;

5. The parties agree to abide by the terms of the attached proposed limited protective order from the time of this filing until the Court enters the proposed limited protective order;

6. The parties respectfully request that the Court enter the attached limited protective order (for non-discovery disclosures).

DATED: August 24, 2023

KING & SPALDING LLP

By: /s/ Aaron S. Craig
JOSEPH N. AKROTIRIANKIS
AARON S. CRAIG
Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LTD

DATED: 8/24/2023

By: *Benjamin A. Powell* (DocuSigned)
65EC573F82FE4C6...
BENJAMIN A. POWELL
DAVID BOWKER
Attorneys for Plaintiff
APPLE INC.