1 | Mark D. Selwyn (SBN 244180)
  |   mark.selwyn@wilmerhale.com
2 | WILMER CUTLER PICKERING
  |   HALE AND DORR LLP
3 | 2600 El Camino Real, Suite 400
  | Palo Alto, CA  94301
4 | Telephone:  (650) 858-6000
  | Facsimile:   (650) 858-6100
5 |
  | Benjamin A. Powell (SBN 214728)
6 |   benjamin.powell@wilmerhale.com
  | David W. Bowker (SBN 200516)
7 |   david.bowker@wilmerhale.com
  | WILMER CUTLER PICKERING
8 |   HALE AND DORR LLP
  | 2100 Pennsylvania Avenue NW
9 | Washington, DC  20037
  | Telephone:  (202) 663-6000
10 | Facsimile:   (202) 663-6363

11 | *Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| APPLE INC., | Case No. 3:21-cv-09078-JD |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

**TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Mark D. Selwyn (State Bar No. 244180) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action. Pursuant to General Order 45 IV(c), counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address: mark.selwyn@wilmerhale.com

Dated:  September 8, 2023

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By  */s/ Mark D. Selwyn*
   Mark D. Selwyn (SBN 244180)
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   2600 El Camino Real, Suite 400
   Palo Alto, CA  94301
   Tel.:  (650) 858-6000
   Fax:  (650) 858-6100

*Attorney for Plaintiff Apple Inc.*