Allison Bingxue Que (SBN 324044)
  allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94301
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Benjamin A. Powell (SBN 214728)
  benjamin.powell@wilmerhale.com
David W. Bowker (SBN 200516)
  david.bowker@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED,<br><br>             Defendants. | Case No. 3:21-cv-09078-JD<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF APPLE INC.** |

**TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Allison Bingxue Que (State Bar No. 324044) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Apple Inc. in this action. Pursuant to General Order 45 IV(c), counsel respectfully requests that she be included via email on the Court's notification of all electronic filings in this action at the following email address: allison.que@wilmerhale.com

Dated: September 8, 2023

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By  /s/ *Allison Bingxue Que*
   Allison Bingxue Que (SBN 324044)
   WILMER CUTLER PICKERING
    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
   Palo Alto, CA  94301
   Tel.: (650) 858-6000
   Fax: (650) 858-6100

*Attorney for Plaintiff Apple Inc.*