1  Benjamin A. Powell (SBN 214728)
     Benjamin.Powell@wilmerhale.com
2  David W. Bowker (SBN 200516)
     David.Bowker@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  2100 Pennsylvania Avenue NW
   Washington, DC  20037
5  Telephone:  (202) 663-6000
   Facsimile:   (202) 663-6363
6
   *Attorneys for Plaintiff Apple Inc.*
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| APPLE INC., | Case No. 3:21-cv-09078-JD |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF SONAL MEHTA** |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

**TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Sonal Mehta of the law firm Wilmer Cutler Pickering Hale and Dorr LLP will no longer represent Plaintiff Apple Inc. in this matter.

Apple Inc. will continue to be represented by the attorneys of record of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

Dated:  September 8, 2023

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By  */s/ Benjamin A. Powell*
  Benjamin A. Powell (SBN 214728)
  WILMER CUTLER PICKERING
    HALE AND DORR LLP
  2100 Pennsylvania Avenue NW
  Washington, DC  20037
  Telephone:  (202) 663-6000
  Facsimile:   (202) 663-6363

*Attorney for Plaintiff Apple Inc.*