Benjamin A. Powell (SBN 214728)
 benjamin.powell@wilmerhale.com
David W. Bowker (SBN 200516)
 david.bowker@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>**NOTICE OF WITHDRAWAL OF MOLLY JENNINGS** |

**TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Molly Jennings of the law firm Wilmer Cutler Pickering Hale and Dorr LLP will no longer represent Plaintiff Apple Inc. in this matter.

Apple Inc. will continue to be represented by the attorneys of record of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

Dated:  September 8, 2023

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By  /s/ Benjamin A. Powell
Benjamin A. Powell (SBN 214728)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363

*Attorney for Plaintiff Apple Inc.*