UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.                                    ,

        Plaintiff(s),

     v.

NSO Group Techs. Ltd., et al.   ,

        Defendant(s).

Case No. 3:21-cv-09078-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Whitney Russell            , an active member in good standing of the bar of the District of Columbia            , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc.            in the above-entitled action. My local co-counsel in this case is Mark Selwyn            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 244180            .

2100 Pennsylvania Avenue NW
Washington, DC 20037
MY ADDRESS OF RECORD

2600 El Camino Real, Suite 400
Palo Alto, CA 94306
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 663-6000
MY TELEPHONE # OF RECORD

(650) 858-6000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Whitney.Russell@wilmerhale.com
MY EMAIL ADDRESS OF RECORD

Mark.Selwyn@wilmerhale.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 987238            .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0        times in the 12 months preceding this application.

United States District Court
Northern District of California

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: __September 8, 2023__                    Whitney Russell_____

5                                                         APPLICANT

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

11       IT IS HEREBY ORDERED THAT the application of __Whitney Russell_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:9/11/2023_____

17   _____

18   UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California