1 | JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    *jakro@kslaw.com*
2 | AARON S. CRAIG (Bar No. 204741)
    *acraig@kslaw.com*
3 | KING & SPALDING LLP
    633 West Fifth Street, Suite 1700
4 | Los Angeles, CA 90071
    Telephone:    (213) 443-4355
5 | Facsimile:    (213) 443-4310

6 | Attorneys for Defendants NSO GROUP TECHNOLOGIES
    LIMITED and Q CYBER TECHNOLOGIES LIMITED

7

8 |                    UNITED STATES DISTRICT COURT

9 |                    NORTHERN DISTRICT OF CALIFORNIA

10 |                   SAN FRANCISCO DIVISION

11 | APPLE INC.,                          | Case No. 3:21-cv-09078-JD

12 |              Plaintiff,              | **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

13 |        v.

14 | NSO GROUP TECHNOLOGIES LIMITED
     and Q CYBER TECHNOLOGIES LIMITED,

15 |

16 |              Defendants.           | **FILED UNDER SEAL**

17 |                                     | **[REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED]**

18 |                                     | **HIGHLY CONFIDENTIAL— ATTORNEY'S' EYES ONLY**

19 |                                     | Judge:   Hon. James Donato

20 |                                     | Action Filed:   11/23/2021

21

22

23

24

25

26

27

28

---

CRAIG DECL.                                                          Case No. 3:21-cv-09078

I, Aaron S. Craig, declare as follows:

1.      I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants").  This Declaration is made in support of Defendants' September 11, 2023, Administrative Motion to Seal and in support of Defendants' Motion to Dismiss for *Forum Non Conveniens*.  I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2.      The Complaint was filed November 23, 2021.  (Dkt. No. 1.)  On March 3, 2022, Defendants moved Defendants moved to dismiss Plaintiff's Complaint.  (Dkt. No. 28.)  On April 12, 2022, at the parties' joint agreement (Dkt. No. 33) the case was stayed pending further order. (Dkt. No. 34.)  On June 23, 2022, the stay was extended pending certain appellate proceedings. (Dkt. No. 40.)  On February 16, 2023, the case was reopened, the stay was lifted, and Defendants were given leave to file a renewed motion to dismiss by March 10, 2023, (Dkt. No. 46.). Defendants filed their Renewed Motion to Dismiss on that date.  (Dkt. No. 48.)("Defendants' Motion.")  Among the grounds cited in Defendants' Motion is *forum non conveniens*.  (*Id.* at p. 4-8.)

3.      Defendants seek to file under seal documents (the "Sealed Documents"[1]) related to and in connection with Defendants' Motion.  Sealing of the Sealed Documents was (and remains) necessary to ███████████████████████████████████████████████████████████████, that are being provided as exhibits A-G hereto. ████████████████████████████████████ ████████████████████████████████████████████████████ ███████████████████████████████ Nevertheless, the existence of ██████████ ███████████████████████ is material to certain issues in this case, including Defendants' Motion.  The Sealed Documents contain highly sensitive, traditionally nonpublic

---

[1] The Sealed Documents are Exhibits A-G to this Declaration and paragraphs 3-12 of this Declaration.

1    ███████████ information that ██████████████████████████████████
2    ████████████ █ ███████████████████████████████████   █████████
3    ██████████████████████████████████████████████████████████████
4    ████████████████████████████ and ████████████████ militates in favor of this
5    Court's sealing documents that contain references to information that ███████████
6    ██████████████████████████████████████████████████████████████
7    ████████████████████████████
8       ████████████████
9       4.      On July 19, 2020, the ██████████████████████████████
10   ██████████████████████████████████████████████████████████████
11   ██████████████████████████████████████████████████████████████
12   of which is attached hereto as **Exhibit A**.  The request was presented by ██████████ in
13   his capacity as ████████████████████████████████████████████████
14   ██████████████ and █████████████████████████████████████
15   ████████████ The █████████████████████████████████████████
16   ██████████████████████████████████████████████████████████████
17   ██████████████████████████████████████████████████████████████
18   ██████████████████████████████████████████████████████████████
19   ███████████ The request sought to ████████████ from making ████████████
20   ██████████████████████████████████████████████████████████████
21   ██████████████████████████████████████████████████████████████
22   ██████████████████████████████████████████████████████████████
23   ██████████████████████████████████████████████████████████████
24   ─────────────────────
     [2]
25   ██████████ ███ ███████████████████████████████████████████████
26   ██████████████████████████████████████████████████████████████
27   ██████████████████
     [3] The Office of the ████████████████████████████████████
28   ████████████████████████████████████

1  ████████████████████████████████████████████

2  ██████████████████████████████████

3  █  On July 19, 2020, █████████████████████████

4  ████████████████████████████████████████████

5  ██████████████████████ of which is attached as **Exhibit B**. ████

6  ████████████████████████████████████████████

7  ████████████████████████████████████████████

8  ████████████████████████████████████████████

9  ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 █████████████████████ The order authorized the ████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15 ███████████████████████ The order also authorized

16 ████████████████████████████████████████████

17 ████████████████████████████████████████████

18 ████████████████████████████

19 █  On July 19, 2020, █████████████████████████

20 █████████████████████████████ of which is attached as **Exhibit**

21 **C.** The letter notified Defendants about the ████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████

25 ████████████████████████████████████████████

26 █████████████████ including a prohibition on ████████████

27 ████████████████████████████████████████████

28 ███████████████

1     ▮     On January 10, 2022, ███████████████████████████

2 ████████████████████████████████████████████████████████

3 ████████████████ in his capacity as █████████████████████

4 ███████████████████████████ is attached as **Exhibit D.** ███

5 ████████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ████████████████████████████████

13     ▮     On January 17, 2022, ███████████████████████████

14 ████████████████████████████████ of which is attached as **Exhibit**

15 **E.** The letter notified Defendants about the ██████████████

16 ████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████

23 ████████████████████

24     ▮     On May 21, 2023, ███████████████████████████████

25 ████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████

27 ███████████████████████████ is attached as **Exhibit F.** ███

28 ████████████████████████████████████████████████████████

1

2

3

4

5

6

7

8

9

10

11

12

13

14     10.    The information that Defendants

15                                                                    At the time Defendants first

16  received

17

18     11.    The

19

20

21

22

23

24

25

26

27  4

28

12.     Good cause exists to seal Exhibits A-G hereto, along with the highlighted portions of this Declaration, because the Sealed Documents come from or make reference to ███████ ████████████████████████████████████████████ which is entitled to deference.

a.     *First*, the Sealed Documents contain information that relates to ████ ████████████████████████████████████████████ As such, the Sealed Documents contain traditionally nonpublic ████ information for which there is no constitutional right of access.  *See, e.g.*, *N.Y. Times Co. v. U.S. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015) ("As a general rule, there is no constitutional right of access to traditionally nonpublic government information.")  The fact that the documents were issued by ███████████████████████████████████████ "alone counsels in favor of finding that there is no presumptive public right of access" to these documents.  *Omari v. Ras Al Khaimah Free Trade Zone Auth.*, 2017 WL 3896399, at *14 (S.D.N.Y. Aug. 18, 2017) (sealing a white paper commissioned by a ruler of a political subdivision of foreign nation because it contained "highly sensitive, traditionally nonpublic government information, in this case of a foreign government"); *see also In re Terrorist Attacks on Sept. 11, 2001*, 2019 WL 3296959, at *5 (S.D.N.Y. July 22, 2019) (sealing multiple documents and finding that the documents contained "traditionally nonpublic information" because the documents involved senior foreign officials,

1    were designated as sensitive at the time of creation, and detailed information about the nation's

2    response to certain investigations).

3            b.    *Second*, ████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████

8    ███████████████████████    *Societe Nationale Industrielle Aerospatiale v. U.S. Dist. Ct.*,

9    482 U.S. 522, 543 n. 27 (1987). ████████████████████████████████████

10   █████████████████████████████    *United States v. Sater*, 2019 WL 3288289, at

11   *4 (E.D.N.Y. July 22, 2019).  This is particularly true where, as in this case, the documents sought

12   to be sealed ███████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████████████████

20   ███████████████████████████████████████████████

21           c.    *Third*, because ███████████████████████████████████████

22   ███████████████████████████████    public disclosure of the Sealed Documents

23   could ██████████████████████████    █████████████████████████████████

24   ████████████████████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████████████████████

27   ████████

28

13.    Accordingly, good cause (and, if necessary, a compelling reason) exists to seal each of the above-listed documents, and Defendants respectfully request that the Court grant the accompanying Administrative Motion to File Under Seal and order the Sealed Documents be kept under seal.

14.    The Declarant has carefully sought sealing of only those parts of this Declaration as are necessary to comply with other legal obligations binding on Defendants, as described above, and, on behalf of Defendants, respectfully submits that the good cause and compelling reasons standards are met with respect to the Sealed Documents.[5]

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 11th day of September 2023, at Los Angeles, California.


_/s/ *Aaron S. Craig*_
AARON S. CRAIG

---

[5] To the extent the Court disagrees with Defendants' sealing request, the Declarant respectfully requests that the Sealed Materials and the unredacted version of this Declaration be stricken from the docket of this action and that any copies thereof be destroyed.