UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:21-cv-09078-JD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge:  Hon. James Donato <br><br> Action Filed:  11/23/2021 |

This Court, having considered the Administrative Motion to File Under Seal submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), and the Declaration of Aaron S. Craig filed in support thereof, and GOOD CAUSE THEREFORE APPEARING, finds that good cause supports the sealing of the court records as specified in this Order.

| Documents To Be Sealed | Portion To Be Sealed |
|---|---|
| Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal dated September 11, 2023 ("Craig Declaration") | Indicated portions of Paragraphs 3-12 |
| Exhibits A-G to Craig Declaration | All |

The Documents to be Sealed contain traditionally nonpublic government information for which there is no constitutional right of access. *See, e.g.*, *N.Y. Times Co. v. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015). Moreover, the spirit of international comity counsels that the Documents to be Sealed be kept confidential. *See, e.g.*, *Compal Elecs., Inc. v. Apple Inc.*, 2017 WL 11423604, at *3 (S.D. Cal. Sept. 5, 2017).

The Motion is accordingly GRANTED, and the documents described above are to be filed under seal. To the extent it is necessary in future court filings in this case for the parties to make reference to the sealed content of the Sealed Document, those matters may also be filed under seal pursuant to this Order.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE