# Exhibit 2

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

JOSEPH N. AKROTIRIANAKIS (SBN 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (SBN 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:21-cv-09078-JD <br><br> Honorable James Donato <br><br> **SUPPLEMENTAL DECLARATION OF ROY BLECHER IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S RENEWED MOTION TO DISMISS** <br><br> Date:  None set <br> Courtroom:  11 <br><br> Action Filed:  November 23, 2021 |

I, Roy Blecher, declare as follows:

1.     I am an attorney licensed to practice law in the State of Israel.  I am a partner in, and co-founder of, the law firm of Krispin, Rubinstein, Blecher, Kadouch & Partners.  I represent NSO Group Technologies Limited and Q Cyber Technologies Limited (together, the "NSO Defendants") in connection with this matter.  I have also represented the NSO Defendants in a number of other matters in Israel.  I have personal knowledge of the facts set forth below and, except as otherwise stated, could competently testify to each fact averred.

2.     ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████

3.     ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████  A true and correct ██████████████████████████████████
is attached as **Exhibit A.**  I understand that a copy of Exhibit A was previously provided to this Court.

4.     ███████████████████████████████████████████████████
█████████████████████████████████████  A true and correct █████████
██████████████████  is attached as **Exhibit B**.  I understand that a copy of Exhibit B was previously provided to this Court.

5.     ███████████████████████████████████████████████████
██████████████████████████████████████

6.     ███████████████████████████████████████████████████
████████████████

7.     ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
True and correct translations of ██████████ are attached as **Exhibit C** and **Exhibit D**, respectively. I understand that copies of Exhibits C and D were previously provided to this Court.

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.  Executed September _26_ , 2023, at Bnei Brak, Israel.

3

4

5           _____

6               ROY BLECHER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit B

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit C

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

# Exhibit D

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**