1  JOSEPH N. AKROTIRIANAKIS (SBN 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (SBN 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
   NSO GROUP TECHNOLOGIES LIMITED and
7  Q CYBER TECHNOLOGIES LIMITED

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | Honorable James Donato |
| v. | **DECLARATION OF MATTHEW H. DAWSON IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM** |
| NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED, | |
| Defendants. | |
| | Action Filed: November 23, 2021<br>Trial Date: None Set |

Case 3:21-cv-09078-JD   Document 65-4   Filed 09/26/23   Page 2 of 3

I, Matthew H. Dawson, declare as follows:

1. I am a member of the California State Bar, a member of the bar of this court, and an attorney at the law firm of King & Spalding LLP, which is counsel to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"). This Declaration is made in support of Defendants' Administrative Motion for Leave to File a Supplemental Memorandum in support of their Renewed Motion to Dismiss. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to them.

2. On February 21, 2023, King & Spalding LLP applied to the Department of Commerce's Bureau of Industry and Security ("BIS") for a license to export information to the NSO Defendants. On April 20, 2023, the application was returned without action. King & Spalding's subsequent discussions with BIS have not resulted in a license being granted.

3. NSO's e-discovery consultant in other U.S. lawsuits—Deloitte—is represented by separate counsel. I understand from discussions with those counsel that on May 26, 2023, Deloitte applied to the U.S. government for a license to provide NSO and Q Cyber with industry-standard e-discovery technology. I further understand from Deloitte's counsel that its application has not yet been granted.

4. On June 8, 2023, NSO applied to the Israeli Ministry of Defense for a license to export information relating to Pegasus to the Court, King & Spalding, Apple, and Apple's counsel under Israel's Defense Export Control Law. To date, the Ministry of Defense has not granted that license.

5. Defendants possess certain confidential information and documents relevant to the arguments raised in their Renewed Motion to Dismiss. Defendants only received permission to provide those materials to the Court and to Apple's counsel on September 7, 2023—after the entry of the limited protective order in this matter. That information and those materials were then submitted to the Court on September 11, 2023, in connection with Defendants' Administrative Motion to Seal (Dkt. No. 62).

DAWSON DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE SUPP. MEMO.   1   CASE NO. 3:21-cv-09078-JD

6.   The parties met and conferred about this administrative motion on September 22, 2023.  Apple indicated that it intends to oppose the administrative motion.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on September 26, 2023, at San Francisco, California.

_____
MATTHEW H. DAWSON