UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:21-cv-09078-JD <br><br> Honorable James Donato <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM** <br><br> Action Filed:  November 23, 2021 <br> Trial Date:     None Set |

Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited move for leave to file a supplemental memorandum and two declarations in further support of their pending Renewed Motion to Dismiss (ECF No. 48).

Having reviewed and considered the papers filed in support of and in opposition to Defendants' Motion for Leave to File a Supplemental Memorandum, the motion is GRANTED.

The supplemental memorandum and the two supporting declarations attached to the administrative motion as Exhibits 1 through 3 shall be deemed filed as of the date of this order.

Plaintiff Apple Inc. may file a response to the supplemental memorandum. Any response shall be due on the later of October 3, 2023, or within two court days of the date of this order. The response shall be limited to ten pages.

**IT IS SO ORDERED.**

DATED:

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE