1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECNOLOGIES LIMITED
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPLE INC., | Case No. 3:21-cv-09078-JD |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge:  Hon. James Donato |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:  11/23/2021 |
| Defendants. | |

I am a citizen of the United States and resident of the State of California. I am employed in the County of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction this service was made. I am over the age of eighteen years and not a party to the within action.

On September 26, 2023, I served the following document(s) in the manner described below:

1. **DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ("CRAIG DECLARATION"); AND**

2. **EXHIBITS 1-2 TO CRAIG DECLARATION.**

☑ (BY ELECTRONIC SERVICE): By electronically transmitting a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below in the attached Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2023, in Los Angeles, California

*Christine Choi*
—————————————————
Christine Choi

## SERVICE LIST

**Benjamin Albond Powell**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington DC, DC 20037
Telephone: (202) 663-6770
Email: benjamin.powell@wilmerhale.com

**Bingxue Que**
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Email: allison.que@wilmerhale.com

**David W. Bowker**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Email: David.Bowker@wilmerhale.com

**Mark Daniel Selwyn**
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6031
Email: mark.selwyn@wilmerhale.com

**Natalie Bilbrough**
Wilmer Cutler Pickering Hale & Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6131
Email: natalie.bilbrough@wilmerhale.com

**Whitney Russell**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6510
Email: whitney.russell@wilmerhale.com