WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  benjamin.powell@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
  whitney.russell@wilmerhale.com
NATALIE BILBROUGH (*pro hac vice*)
  natalie.bilbrough@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
  mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
  allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:21-cv-09078-JD<br><br>**DECLARATION OF BENJAMIN A. POWELL IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM** |

I, Benjamin A. Powell, declare:

1. I am an attorney licensed to practice in the State of California and am admitted in this District. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Plaintiff Apple Inc. ("Apple") in the above-captioned matter.

2. I submit this declaration in support of Apple's Opposition to Defendants' Motion For Leave To File A Supplemental Memorandum, ECF 65, in the above-captioned matter. I have personal knowledge of the information contained in this declaration.

3. Attached to this declaration as **Exhibit A** is a true and accurate copy of an email I received on July 14, 2023, from Aaron Craig, counsel for Defendants in the above-captioned matter.

4. **Exhibit A** also contains a true and accurate copy of an email I sent to Aaron Craig on July 17, 2023.

5. After agreeing on July 17, 2023 to treat as confidential the documents Defendants sought to file, the parties promptly negotiated, and on August 24, 2023 filed a stipulation regarding the entry of a limited protective order, ECF 52, which the Court entered on August 28, 2023, ECF 53.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 2nd day of October 2023.

*/s/ Benjamin A. Powell*
Benjamin A. Powell