# EXHIBIT A
# TO
# POWELL DECLARATION

**PUBLIC VERSION OF DOCUMENT FILED UNDER SEAL**

|  |  |
|---|---|
| **From:** | Powell, Benjamin |
| **To:** | Aaron Craig |
| **Cc:** | jakro@kslaw.com; Carla Christofferson; Christine Choi; Passamaneck, Nora Q.E.; Bowker, David; Vittor, Joshua |
| **Subject:** | RE: |
| **Date:** | Monday, July 17, 2023 5:18:03 PM |

Aaron -- Thanks for your note. We have a few questions that we are hoping you can answer for us.

1. We are having trouble seeing how these materials are pertinent to the pending motion to dismiss. Can you please explain your position on that? Relatedly, haven't these materials been known to NSO  prior to its filings related to the motion to dismiss. Is that right?

2. Please confirm that we may share these materials with Israeli counsel to Apple, assuming such counsel agrees to the terms of the protective order as "Outside Counsel" covered by such order? If you decide to file these materials in the *Apple v. NSO* matter now, we will agree until directed otherwise by the Court (or by your agreement) to treat these materials pursuant to the same terms of the protective order , at least until a Protective Order is entered in the *Apple v. NSO* matter, in which case, that order would govern.

3. Would you please provide us with copies of the ?

4. We note that there . Do you agree that such materials can be shared with in-house counsel at Apple provided they are not further distributed?

5. While, again, we are having trouble seeing the relevance of these materials to the pending motion to dismiss, will you consent to Apple filing a response to whatever NSO files with the Court?

To be clear, our agreement on treatment of these materials is not an agreement that the filing is proper or meets any of the rules governing submissions to the Court on the motion to dismiss.
Thank you,
Ben

**Benjamin A. Powell | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6770 (t)
benjamin.powell@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Sent:** Friday, July 14, 2023 1:07 PM
**To:** Powell, Benjamin <Benjamin.Powell@wilmerhale.com>
**Cc:** jakro@kslaw.com; Carla Christofferson <CChristofferson@KSLAW.com>; Christine Choi <CChoi@KSLAW.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Bowker, David <David.Bowker@wilmerhale.com>; Vittor, Joshua <Joshua.Vittor@wilmerhale.com>
**Subject:** RE: [REDACTED]

**EXTERNAL SENDER**

Benjamin:

Thanks for your email. I'm not sure if you're familiar with the materials [REDACTED] [REDACTED], but they are pertinent to the pending motion to dismiss and NSO may now disclose them to counsel and the Court in the *Apple v. NSO* case, provided that the materials are subject to a protective order and that we apply to file the materials under seal.

WilmerHale is already subject to [REDACTED] protective order [REDACTED]. Please confirm that you agree that the filing (under seal) and service of those same materials in the *Apple v. NSO* case does not permit WilmerHale to disclose or publish those same materials except as allowed pursuant the [REDACTED] protective order.

If you do not agree with that, please let us know your position about stipulating to the Court's standard protective order (attached) in the Apple v. NSO case.

If we are unable to reach agreement on these points, NSO intends to move for entry of the attached protective order.

We're available to discuss at your convenience.

Aaron Craig

---

**From:** Powell, Benjamin <Benjamin.Powell@wilmerhale.com>
**Sent:** Friday, July 14, 2023 9:51 AM
**To:** Aaron Craig <ACraig@KSLAW.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>;

Christine Choi <CChoi@KSLAW.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Bowker, David <David.Bowker@wilmerhale.com>; Vittor, Joshua <Joshua.Vittor@wilmerhale.com>

**Subject:** RE: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| **CAUTION:** MAIL FROM OUTSIDE THE FIRM |
|---|

Hi Aaron,

My colleague Josh Vittor told me that you notified him that you want to inform Judge Donato about ▇▇▇▇▇▇▇▇ and may have some requests for us in the separate Apple v. NSO case. It's unclear to us why it is necessary to inform Judge Donato of anything at this time. Can you please provide us with more information?

Thank you,

Ben

**Benjamin A. Powell | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6770 (t)
benjamin.powell@wilmerhale.com

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.