WILMER CUTLER PICKERING
 HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
 benjamin.powell@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
 whitney.russell@wilmerhale.com
NATALIE BILBROUGH (*pro hac vice*)
 natalie.bilbrough@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
 HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
 mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
 allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:21-cv-09078-JD <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM** |

|    |    |
|----|----|
| 1  | Having considered Defendants' Motion For Leave To File A Supplemental |
| 2  | Memorandum, the accompanying declaration and exhibits, and Plaintiffs' Opposition and |
| 3  | accompanying declaration and exhibits, the Court finds that Defendants' Motion does not |
| 4  | identify any new argument or evidence in Apple's Opposition to Defendants' Motion To Dismiss |
| 5  | that would warrant a supplemental memorandum. *Banga v. First USA, N.A.*, 29 F. Supp. 3d |
| 6  | 1270, 1276 (N.D. Cal. 2014).  Accordingly, the Court HEREBY DENIES Defendants' Motion |
| 7  | and ORDERS that the documents filed by Defendants on September 11, 2023, ECF 62, and on |
| 8  | September 26, 2023, ECF 64, be stricken. |

**IT IS SO ORDERED.**

Date:                              By: _____
                                        Hon. James Donato
                                        United States District Judge