WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  benjamin.powell@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
  whitney.russell@wilmerhale.com
NATALIE BILBROUGH (*pro hac vice*)
  natalie.bilbrough@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
  mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
  allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>          Defendants. | Case No. 3:21-cv-09078-JD<br><br>**PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN RELATION TO APPLE'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Apple Inc. ("Apple") hereby files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Sealing Motion").  Apple's concurrently filed Opposition to Defendants' Motion For Leave To File A Supplemental Memorandum and Exhibit A to the accompanying declaration of Benjamin A. Powell reference, describe, and quote from documents that Defendants have designated as "Highly Confidential – Attorney's Eyes Only" under the Limited Protective Order (ECF 52, 53) entered in this case and sought leave to file under seal.  *See* ECF 62, 64. Accordingly, Apple files this motion to afford Defendants the opportunity to file whatever declaration in support of sealing they deem necessary in accordance with L.R. 79-5(f)(3). Attached to this Sealing Motion is an unredacted copy of Apple's Opposition and Exhibit A to the accompanying declaration of Benjamin A. Powell with the relevant information highlighted.

For the foregoing reasons, Apple respectfully requests that the Court permit Apple's unredacted Opposition and the accompanying declaration of Benjamin A. Powell, as identified below, to be conditionally filed under seal.

| Document | Pages | Line Number(s) / Sections | Reasons for Sealing |
|---|---|---|---|
| Opposition to Defendants' Administrative Motion for Leave to File a Supplemental Memorandum | 1-2, 4-5 | 1:16-19; 1:20-23; 2:4-5; 2:10-11; 2:14-15; 2:23-24; 4:1; 4:3-13; 5:17-18 | Refers to material designated "Highly Confidential – Attorney's Eyes Only" by Defendants |
| Ex. A to Declaration of Benjamin A. Powell In Support of Apple's Opposition to Defendants' Administrative Motion for Leave to File a Supplemental Memorandum | 2-3 | Indicated portions of July 14, 2023 and July 17, 2023 Emails | Refers to material designated "Highly Confidential – Attorney's Eyes Only" by Defendants |

1

2

3   Dated: October 2, 2023

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: */s/ Benjamin A. Powell*
BENJAMIN A. POWELL
*Attorney for Plaintiff Apple Inc.*