WILMER CUTLER PICKERING
 HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
 benjamin.powell@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
 whitney.russell@wilmerhale.com
NATALIE BILBROUGH (*pro hac vice*)
 natalie.bilbrough@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
 HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
 mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
 allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Having considered the motion filed by Plaintiff Apple Inc., the Court grants Apple's
2  Administrative Motion to Consider Whether Another Party's Material Should be Sealed in
3  connection with Apple's Opposition to Defendants' Motion for Leave to File a Supplemental
4  Memorandum and Exhibit A to the Declaration of Benjamin A. Powell.  The documents will be
5  conditionally sealed to afford Defendants the opportunity to file a statement and/or declaration in
6  accordance with L.R. 79(f)(3).
7       **IT IS SO ORDERED.**

Date:                                    By: _____
                                              Hon. James Donato
                                              United States District Judge