JOSEPH N. AKROTIRIANAKIS (SBN 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (SBN 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Judge:   Hon. James Donato |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | Action Filed:   11/23/2021 |
| Defendants. | |

1

## **CERTIFICATE OF SERVICE**

2

3
   I am a citizen of the United States, over 18 years of age, and not a party to this action.  I

4
am employed by the law firm of King & Spalding LLP; my business address is 633 W. 5th Street,

5
Suite 1600, Los Angeles, California 90071.

6
   On October 9, 2023, I served the following document(s) in the manner described below:

7
**DECLARATION OF AARON S. CRAIG PURSUANT TO LOCAL RULE 79-5(F)(3) IN
RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER**

8
**WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DKT. 68) AND
IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LTD. AND Q**

9
**CYBER TECHNOLOGIES LTD.'S ADMINISTRATIVE MOTION TO FILE UNDER
SEAL [UNREDACTED VERSION – FILED UNDER SEAL]**

10

11

12
☑  (BY ELECTRONIC SERVICE):  By electronically transmitting a true and correct copy
   through King & Spalding LLP's electronic mail system to the email addresses set forth

13
   below in the attached Service List.

14
   I certify under penalty of perjury under the laws of the United States of America that the

15
foregoing is true and correct.

16
   Executed on October 9, 2023, at Alhambra, California.

17

18

19
*Christine Choi*

20
_____
     Christine B. Choi

21

22

23

24

25

26

27

28

1

<u>**SERVICE LIST**</u>

2

**Benjamin Albond Powell**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington DC, DC 20037
202-663-6770
Email: benjamin.powell@wilmerhale.com

3

4

5

6

**Bingxue Que**
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000
Fax: (650) 858-6100
Email: allison.que@wilmerhale.com

7

8

9

10

11

**David W. Bowker**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6000
Email: David.Bowker@wilmerhale.com
*ATTORNEY TO BE NOTICED*

12

13

14

15

16

**Mark Daniel Selwyn**
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6031
Fax: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

17

18

19

20

**Natalie Bilbrough**
Wilmer Cutler Pickering Hale & Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6131
Email: natalie.bilbrough@wilmerhale.com

21

22

23

24

**Whitney Russell**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6510
Email: whitney.russell@wilmerhale.com

25

26

27

28