| | |
|---|---|
| JOSEPH N. AKROTIRIANAKIS (SBN 197971)<br>*jakro@kslaw.com*<br>AARON S. CRAIG (SBN 204741)<br>*acraig@kslaw.com*<br>KING & SPALDING LLP<br>633 West Fifth Street, Suite 1700<br>Los Angeles, CA 90071<br>Telephone: (213) 443-4355<br>Facsimile: (213) 443-4310<br><br>Attorneys for Defendants<br>NSO GROUP TECHNOLOGIES LIMITED and<br>Q CYBER TECHNOLOGIES LIMITED | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED,<br><br>　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>Honorable James Donato<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S RENEWED MOTION TO DISMISS**<br><br>Date: None set<br>Courtroom: 11<br><br>Action Filed: November 23, 2021 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. The first U.S. lawsuit against the NSO Defendants was filed October 19, 2019.

3. On February 21, 2023, King & Spalding LLP applied to the Department of Commerce's Bureau of Industry and Security ("BIS") for a license to export information to the NSO Defendants. The license was intended to permit King & Spalding to discuss the Pegasus software, technology, and related information with the NSO Defendants, as well as similar items and information received from third parties, so that King & Spalding could prepare the NSO Defendants' defense to the complaint in this action. The application was returned without action on April 20, 2023. King & Spalding's subsequent discussions with BIS have not resulted in a license being granted.

4. NSO's e-discovery consultant in other U.S. litigation involving the Pegasus technology, Deloitte, is represented by separate counsel. Based on my discussions with those counsel, I understand that Deloitte, separately and independently from King & Spalding or the NSO Defendants, on May 26, 2023, applied to BIS for a license that would permit Deloitte to provide the NSO Defendants with industry-standard e-discovery technology. Such technology would be required for the NSO Defendants to comply with their discovery obligations in any U.S. litigation. My understanding based on my discussions with Deloitte's counsel is that Deloitte has not yet been able to obtain the requested license from BIS. As of the date of this declaration, that remains the case.

5. On June 8, 2023, NSO applied to the Israeli Ministry of Defense ("MoD") for a license to export information relating to Pegasus to the Court, King & Spalding, Apple, and Apple's counsel. To date, the MoD has not granted that license.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 12, 2023, at Los Angeles, California.

      */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
