```
 1 | JOSEPH N. AKROTIRIANAKIS (SBN 197971)
   |   jakro@kslaw.com
 2 | AARON S. CRAIG (SBN 204741)
   |   acraig@kslaw.com
 3 | KING & SPALDING LLP
   | 633 West Fifth Street, Suite 1700
 4 | Los Angeles, CA 90071
   | Telephone: (213) 443-4355
 5 | Facsimile: (213) 443-4310
 6 | Attorneys for Defendants
   | NSO GROUP TECHNOLOGIES LIMITED and
 7 | Q CYBER TECHNOLOGIES LIMITED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APPLE INC., | Case No. 3:21-cv-09078-JD |
|---|---|
| Plaintiff, | Honorable James Donato |
| v. | **SUPPLEMENTAL DECLARATION OF ROY BLECHER IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S RENEWED MOTION TO DISMISS** |
| NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED, | |
| Defendants. | |
| | **HIGHLY CONFIDENTIAL— ATTOREYS' EYES ONLY** |
| | Date: None set<br>Courtroom: 11 |
| | Action Filed: November 23, 2021 |

I, Roy Blecher, declare as follows:

1. I am an attorney licensed to practice law in the State of Israel. I am a partner in, and co-founder of, the law firm of Krispin, Rubinstein, Blecher, Kadouch & Partners. I represent NSO Group Technologies Limited and Q Cyber Technologies Limited (together, the "NSO Defendants") in connection with this matter. I have also represented the NSO Defendants in a number of other matters in Israel. I have personal knowledge of the facts set forth below and, except as otherwise stated, could competently testify to each fact averred.

2. ███████████████████████████████████████████
███████████████████████████████████████████

3. ███████████████████████████████████████████
███████████████████████████████████████████
████████████ A true and correct ████████████████████████████ is attached as **Exhibit A.** I understand that a copy of Exhibit A was previously provided to this Court.

4. ███████████████████████████████████████████
██████████████████████████████████ A true and correct ████████
██████████████████████████ is attached as **Exhibit B**. I understand that a copy of Exhibit B was previously provided to this Court.

5. ███████████████████████████████████████████
███████████████████████████████████████

6. ███████████████████████████████████████████
█████████████████████

7. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
True and correct translations of ████████████ are attached as **Exhibit C** and **Exhibit D**, respectively. I understand that copies of Exhibits C and D were previously provided to this Court.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed September 26, 2023, at Bnei Brak, Israel.

_____
ROY BLECHER

# Exhibit A

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit B

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit C

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit D

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**