WILMER CUTLER PICKERING
 HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
 benjamin.powell@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
 whitney.russell@wilmerhale.com
NATALIE BILBROUGH (*pro hac vice*)
 natalie.bilbrough@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
 HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
 mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
 allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>               Defendants. | Case No. 3:21-cv-09078-JD<br><br>**DECLARATION OF BENJAMIN A. POWELL IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS** |

1  I, Benjamin A. Powell, declare:

2  1. I am an attorney licensed to practice in the State of California and am admitted in this District. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Plaintiff Apple Inc. ("Apple") in the above-captioned matter.

2. I submit this declaration in support of Apple's Opposition to Defendants' Supplemental Memorandum in Support of Their Renewed Motion to Dismiss in the above-captioned matter. I have personal knowledge of the information contained in this declaration.

3. Attached to this declaration as **Exhibit 1** is a true and accurate copy of Exhibit U to the Declaration of Antonio J. Perez-Marques, filed on April 24, 2023, in *WhatsApp, LLC v. NSO Grp. Techs., Ltd.*, Case No. 4:19-cv-07123-PJH (N.D. Cal.) as ECF No. 182-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 19th day of October 2023.

                                                      */s/ Benjamin A. Powell*
                                                      Benjamin A. Powell