# Exhibit 1 to Powell Declaration



# PHANTOM

## Turn Your Target's Smartphone into an Intelligence Gold Mine

Phantom is an end-to-end cyber intelligence software which remotely and covertly extracts all data from any smartphone. Installation is performed remotely (over the air) with either minimal or no engagement from the target, requires no third party involvement from cell phone carriers, and leaves no traces whatsoever on the device. Covertly gather all data on a target smartphone including: contact list, text messages, call history, emails, instant messaging, call interception, room wiretap, camera snapshots, calendar, GPS tracking, browser history and app data such as Skype and Facebook. Created to answer a void in law enforcement data gathering ability, this field-proven solution is used by intelligence agencies around the world, helping to reduce crime, prevent terrorism and maintain public safety.



## Westbridge Technologies

Westbridge Technologies is the North-American branch of NSO Group, a world-leading cyber intelligence company which provides cutting edge technology in the field of cyber intelligence gathering. Westbridge's product line enables law enforcement and intelligence agencies to remotely and covertly extract crucial intelligence from the most commonly used mobile devices. These breakthrough systems were developed in order to provide governments with a way to address the communications interception challenges in today's highly dynamic cyber battlefield.

What makes Westbridge unique is the combination of technical expertise with a strong operational and intelligence background, combined with an understanding of the legal framework. These powerful synergies are reflected in the creativity of our solutions and drive unmatched value for our customers.

- Based in Bethesda, MD, Westbridge Technologies was founded in 2014 as the North American branch of the international company NSO Group.
- NSO Group was founded in 2010. The company is privately owned, with the majority ownership held by an American private equity firm.
- NSO Group is the provider of a variety of unique cyber intelligence systems, focused on extracting critical information from mobile devices.
- The company has a strong global customer base, which includes leading intelligence organizations and law enforcement agencies throughout Asia, Africa, Europe and Latin America.
- 85% of the company's resources are focused on research and development

## THE PHANTOM ADVANTAGE

The Phantom system enables intelligence organizations and law enforcement agencies to produce invaluable intelligence by extracting and monitoring crucial data from mobile devices:

- **Unlimited access to the target's mobile devices** - Installation is performed remotely (over-the-air) with either minimal or no engagement from the target.
- **Independent solution** - No cooperation with third party is required (AT&T, Verizon, Apple, Google)
- **Voice interception** – Monitor voice and VoIP calls in real-time.
- **Application monitoring** – Monitor a multitude of applications including Skype, WhatsApp, Viber, Facebook and Blackberry Messenger (BBM).
- **Bridge the intelligence gap** – Collect unique types of information (Photos, Instant Messaging, Passwords, etc.) which assist in building an accurate and comprehensive intelligence panorama.
- **Handle encrypted content and devices** - Overcome encryption, SSL, proprietary protocols and any hurdle introduced by the complex communications world.
- **Supports the most popular smartphones today** – iPhone, Samsung, Motorola, LG, Blackberry, Sony, etc.
- **Superior Geo-location** – Track targets and get accurate positioning information using GPS. **Persistent tracking** – Identify and warn against the use of multiple SIM cards with a single target, Phantom can endure the mobile device factory reset.
- **Modular capabilities** – Phantom's capabilities can be customized to the client's specific needs and regulations

We welcome your questions, inquires and feedback.