WILMER CUTLER PICKERING
 HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
 benjamin.powell@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
 whitney.russell@wilmerhale.com
NATALIE BILBROUGH (*pro hac vice*)
 natalie.bilbrough@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
 HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
 mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
 allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>   Defendants. | Case No. 3:21-cv-09078-JD<br><br>**PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN RELATION TO APPLE'S OPPOSITION TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS**<br><br>Judge: Hon. James Donato |

1  Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Apple Inc. ("Apple") hereby
2  files this Administrative Motion to Consider Whether Another Party's Material Should Be
3  Sealed ("Sealing Motion").  Apple's concurrently filed Opposition to Defendants' Supplemental
4  Memorandum in Support of Their Renewed Motion to Dismiss ("Opposition") references,
5  describes, and quotes from documents that Defendants have designated as "Highly Confidential
6  – Attorney's Eyes Only" under the Limited Protective Order (ECF Nos. 52, 53) entered in this
7  case and sought leave to file under seal.  *See* ECF Nos. 62, 64, 73.  Accordingly, Apple files this
8  motion to afford Defendants the opportunity to file whatever declaration in support of sealing
9  they deem necessary in accordance with L.R. 79-5(f)(3).  Attached to this Sealing Motion is an
10  unredacted copy of Apple's Opposition with the relevant information highlighted.

For the foregoing reasons, Apple respectfully requests that the Court permit Apple's unredacted Opposition, as identified below, to be conditionally filed under seal.

| Document | Pages | Line Number(s) / Sections | Reasons for Sealing |
|---|---|---|---|
| Opposition to Defendants' Supplemental Memorandum in Support of Their Renewed Motion to Dismiss | 1-8, 10 | Highlighted portions in:<br><br>1:6-7, 1:11-16, 1:27;<br><br>last paragraph on page 2;<br><br>3:1-22;<br><br>4:2-3;<br><br>7th line of the "Local Interest in the Lawsuit" paragraph on page 5;<br><br>6:24-25;<br><br>7:4;<br><br>8:6-7; 8:17-22;<br><br>10:6-7 | Refers to materials designated "Highly Confidential – Attorney's Eyes Only" by Defendants |

Respectfully submitted,

Dated: October 19, 2023

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: */s/ Benjamin A. Powell*
BENJAMIN A. POWELL
*Attorney for Plaintiff Apple Inc.*