UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                Defendants. | Case No. 3:21-cv-09078-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered the motion filed by Plaintiff Apple Inc., the Court grants Apple's Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Apple's Opposition to Defendants' Supplemental Memorandum in Support of Their Renewed Motion to Dismiss. The documents will be conditionally sealed to afford Defendants the opportunity to file a statement and/or declaration in accordance with L.R. 79(f)(3).

**IT IS SO ORDERED.**

Date:                                                    By: _____
                                                         Hon. James Donato
                                                         United States District Judge