WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  benjamin.powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  david.bowker@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
  whitney.russell@wilmerhale.com
NATALIE BILBROUGH (*pro hac vice*)
  natalie.bilbrough@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
  mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
  allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:21-cv-09078-JD<br><br>**PLAINTIFF APPLE INC.'S STATEMENT OF RECENT DECISION**<br><br>Hon. James Donato<br>Date:  None set<br>Courtroom:  11<br><br>Complaint Filed:  November 23, 2021 |

Pursuant to Local Rule 7-3(d)(2), Plaintiff Apple Inc. respectfully submits the order issued by the court in *WhatsApp v. NSO Grp.*, 19-cv-07123-PJH (N.D. Cal.), on November 15, 2023. The *WhatsApp* court denied defendants NSO Group Technologies, Ltd. and Q Cyber Technologies Ltd.'s motion to dismiss for forum non conveniens and also denied defendants' motion for a protective order. A true and correct copy of the *WhatsApp* order is attached hereto as Exhibit 1. Defendants' renewed motion to dismiss for forum non conveniens and under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7) is currently pending before this Court. Dkt. No. 48.

APPLE'S STATEMENT OF RECENT DECISION –CASE NO. 3:21-cv-09078-JD
- 1-

| | | |
|---|---|---|
| 1 | Dated: November 16, 2023 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By: */s/ Benjamin A. Powell*<br>BENJAMIN A. POWELL |
| 4 | | *Attorney for Plaintiff Apple Inc.* |