1  JOSEPH N. AKROTIRIANAKIS (SBN 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (SBN 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone: (213) 443-4355
5  Facsimile: (213) 443-4310

6  Attorneys for Defendants
   NSO GROUP TECHNOLOGIES LIMITED and
7  Q CYBER TECHNOLOGIES LIMITED

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | APPLE INC.,                              | Case No. 3:21-cv-09078-JD

13 |     Plaintiff,                           | Honorable James Donato

14 |     v.                                   | **DECLARATION OF MATTHEW H. DAWSON IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A FURTHER SUPPLEMENTAL MEMORANDUM**

15 | NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED,

16 |     Defendants.

17 |                                          | Action Filed: November 23, 2021
18 |                                          | Trial Date:   None Set

I, Matthew H. Dawson, declare as follows:

1. I am a member of the California State Bar, a member of the bar of this court, and an attorney at the law firm of King & Spalding LLP, which is counsel to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"). This Declaration is made in support of Defendants' Administrative Motion for Leave to File a Further Supplemental Memorandum in support of their Renewed Motion to Dismiss. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to them.

2. The parties met and conferred about this administrative motion between December 8, 2023, and December 12, 2023, via email and videoconference. During the meet-and-confer process Apple's counsel acknowledged that the denial of Deloitte's license was relevant to Defendants' pending motion to dismiss. Apple ultimately determined, however, that it would oppose the administrative motion.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 13, 2023, at San Francisco, California.

_____
MATTHEW H. DAWSON