# EXHIBIT 2

1  JOSEPH N. AKROTIRIANAKIS (SBN 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (SBN 204741)
   *acraig@kslaw.com*
3  MATTHEW NOLLER (Bar No. 325180)
   *mnoller@kslaw.com*
4  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
5  Los Angeles, CA 90071
   Telephone: (213) 443-4355
6  Facsimile: (213) 443-4310

7  Attorneys for Defendants
   NSO GROUP TECHNOLOGIES LIMITED and
8  Q CYBER TECHNOLOGIES LIMITED

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

| APPLE INC., | Case No. 3:21-cv-09078-JD |
|---|---|
| Plaintiff, | Honorable James Donato |
| v. | **SUPPLEMENTAL DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S RENEWED MOTION TO DISMISS** |
| NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED, | |
| Defendants. | Date: None set<br>Courtroom: 11 |
| | Action Filed: November 23, 2021 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. NSO's e-discovery consultant in certain U.S. lawsuits involving the Pegasus technology, Deloitte, is represented by separate counsel. Based on my discussions with that counsel, I understand that on May 26, 2023, Deloitte applied to Department of Commerce's Bureau of Industry and Security ("BIS") for a license that would permit Deloitte to provide the NSO Defendants with the industry-standard e-discovery technology necessary for any party to complex litigation in the United States to comply with discovery obligations

3. After Judge Hamilton denied NSO's Motion to Dismiss for *forum non conveniens* in the case of *WhatsApp Inc. v. NSO Group Tech. Ltd.*, Case No. 4:19-cv-07123-PJH, I was informed that BIS denied Deloitte's license application to export US-origin hardware, software, and technology to NSO as its e-discovery vendor. I further understand BIS never responded to Deloitte's counsel's calls and simply issued this denial via the SNAP-R online licensing portal. BIS has not provided any reasoning for its decision, other than to summarily state, "NSO is not an acceptable recipient of US-origin items."

I declare under penalty of perjury that the foregoing is true and correct. Executed December 13, 2023, at Los Angeles, California.

　　　　　　　　　　　　　*/s/ Joseph N. Akrotirianakis*
　　　　　　　　　　　　　JOSEPH N. AKROTIRIANAKIS