UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS NSO GROUP TECHNOLOGIES LTD. AND Q CYBER TECHNOLOGIES LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A FURTHER SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS**<br><br>Judge:  Hon. James Donato |

1  This Court, having considered the Administrative Motion for Leave to File a Further Supplemental Memorandum in Support of Their Renewed Motion to Dismiss submitted by Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"), hereby GRANTS the motion.

The further supplemental memorandum and declaration attached as Exhibits 1 and 2 to the Administrative Motion are deemed filed as of the date of the Court's ruling.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION

Case No. 3:21-cv-09078-JD