1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  MATTHEW NOLLER (Bar No. 325180)
   *mnoller@kslaw.com*
4  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
5  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
6  Facsimile:    (213) 443-4310

7  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECNOLOGIES LIMITED
8

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

15  APPLE INC.,                              Case No. 3:21-cv-09078-JD

16          Plaintiff,                       **DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S STATEMENT OF RECENT DECISION**

17      v.

18  NSO GROUP TECHNOLOGIES LIMITED           Judge:  Hon. James Donato
    and Q CYBER TECHNOLOGIES LIMITED,
19                                           Action Filed:  11/23/2021

20          Defendants.

21

22

23

24

25

26

27

28

In connection with their pending Motion to Dismiss for *forum non conveniens* and under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7), Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "NSO") submit the attached order in *Khashoggi v. NSO Group Technologies Limited*, No. 1:23- cv-00779 (E.D. Va. Oct. 26, 2023), under Local Rule 7-3(d)(2). NSO respectfully directs the Court's attention to footnote 2 on page 2.

DATED: December 20, 2023

KING & SPALDING LLP
By: */s/ Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    AARON S. CRAIG

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED