| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>BENJAMIN A. POWELL (SBN 214728)<br>  benjamin.powell@wilmerhale.com<br>DAVID W. BOWKER (SBN 200516)<br>  david.bowker@wilmerhale.com<br>WHITNEY RUSSELL (*pro hac vice*)<br>  whitney.russell@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>MARK D. SELWYN (SBN 244180)<br>  mark.selwyn@wilmerhale.com<br>ALLISON BINGXUE QUE (SBN 324044)<br>  allison.que@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94301<br>Telephone: (650) 858-6000 |

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, and<br>Q CYBER TECHNOLOGIES LIMITED,<br><br>              Defendants. | Case No. 3:21-cv-09078-JD<br><br>**NOTICE OF WITHDRAWAL OF NATALIE BILBROUGH** |

- 1 -

**TO THE CLERK OF THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Natalie Bilbrough of the law firm Wilmer Cutler Pickering Hale and Dorr LLP will no longer represent Plaintiff Apple Inc. in this matter.

Apple Inc. will continue to be represented by the attorneys of record of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

Dated: February 15, 2024

WILMER CUTLER PICKERING
HALE AND DORR LLP

By  /s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000

*Attorney for Plaintiff Apple Inc.*