JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
MATTHEW NOLLER (Bar No. 325180)
 mnoller@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

(*Additional counsel listed on signature page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | Honorable James Donato |
| v. | **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| NSO GROUP TECHNOLOGIES LIMITED, and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | Action Filed:   11/23/2021 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, and Paragraph 7 of this Court's Standing Order for Civil Cases, Plaintiff Apple Inc. ("Apple") and Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (together, "NSO") submit this stipulated request for an order continuing the case management conference currently scheduled for April 4, 2024.

WHEREAS, in connection with its denial of NSO's motion to dismiss (ECF No. 87), the Court scheduled a case management conference for April 4, 2024;

WHEREAS, the Court requires the attendance of lead counsel and has expressed a strong preference for in-person appearances (Standing Order for Civil Cases ¶¶ 5-6);

WHEREAS, lead counsel for NSO has previously-scheduled family travel that includes April 4, 2024 (i.e., April 1-5);

WHEREAS, counsel's travel plans cannot be moved to a different week because the week of April 1-5 is "Spring break" for counsel's school-age children;

WHEREAS, counsel for the parties have conferred, and counsel for Apple suggested a rescheduled case management conference on May 9, 2024;

WHEREAS, lead counsel for NSO has a deposition of a subpoenaed third-party witness in another matter scheduled for May 8, 2024, in Charlotte, North Carolina, the only date that witness was available;

WHEREAS, counsel for the parties have agreed respectfully to request that this Court reschedule the case management conference one week later, on Thursday, May 16, 2024, at 10 a.m.;

WHEREAS, the parties do not anticipate that the requested continuance would have any effect on the schedule for the case, as no deadlines other than the case management conference have been set by the Court; and

WHEREAS, the parties have previously modified time as follows: a stipulated extension of case management deadlines (ECF No. 19); a stipulated order extending briefing deadlines associated with NSO's motion to dismiss and continuing the initial case management conference (ECF Nos. 26, 27); stipulated orders staying the litigation pending the resolution of potentially relevant appellate proceedings (ECF Nos. 33, 34, 39, 40); and a stipulated order to continue the

hearing on NSO's motion to dismiss (ECF Nos. 37, 38).

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, that the case management conference currently scheduled for April 4, 2024, be continued to May 16, 2024, at 10 a.m.

DATED: March 14, 2024

KING & SPALDING LLP

By: /s/Joseph N. Akrotirianakis
　　JOSEPH N. AKROTIRIANKIS
　　AARON S. CRAIG
　　MATTHEW NOLLER

Attorneys for Defendants
NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER
TECHNOLOGIES LTD

DATED: March 14, 2024

WILMERHALE

By: /s/Benjamin A. Powell
　　BENJAMIN A. POWELL
　　DAVID BOWKER

Attorneys for Plaintiff Apple Inc.

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

**L.R. 5-1 ATTESTATION**

I, Joseph N. Akrotirianakis, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

> By: */s/ Joseph N. Akrotirianakis*
> JOSEPH N. AKROTIRIANAKIS