JOSEPH N. AKROTIRIANAKIS (SBN 197971)
*jakro@kslaw.com*
AARON S. CRAIG (SBN 204741)
*acraig@kslaw.com*
MATTHEW NOLLER (Bar No. 325180)
*mnoller@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CTBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:21-cv-09078-JD <br><br> Honorable James Donato <br><br> **DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Action Filed:  November 23, 2021 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. In connection with its denial of NSO's motion to dismiss (ECF No. 87), the Court scheduled a case management conference for April 4, 2024.

3. I have a previously scheduled family trip that includes April 4, 2024 (i.e., April 1-5), which cannot be moved to a different week because the week of April 1-5 is "Spring break" for my school-age children.

4. I conferred with counsel for Plaintiff Apple, Inc. Counsel for Apple suggested a rescheduled case management conference on May 9, 2024. I am scheduled to depose a subpoenaed third-party witness in another matter on May 8, 2024, in Charlotte, North Carolina, which was the only date provided for that witness.

5. Counsel for the parties thus agreed to request that the Court reschedule the case management conference one week later, on Thursday, May 16, 2024, at 10 a.m.

6. The requested continuance is not anticipated to have any effect on the schedule for the case, as no deadlines other than the case management conference have been set by the Court.

7. The parties have previously modified time as follows: a stipulated extension of case management deadlines (ECF No. 19); a stipulated order extending briefing deadlines associated with NSO's motion to dismiss and continuing the initial case management conference (ECF Nos. 26, 27); stipulated orders staying the litigation pending the resolution of potentially relevant appellate proceedings (ECF Nos. 33, 34, 39, 40); and a stipulated order to continue the hearing on NSO's motion to dismiss (ECF Nos. 37, 38)

//

//

//

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on March
2  14, 2024, at Los Angeles, California.

    */s/ Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS