# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: May 16, 2024                       Judge: Hon. James Donato

Time: 9 Minutes

Case No.         **3:21-cv-09078-JD**
Case Name      **Apple Inc. v. NSO Group Technologies Limited et al**

Attorney(s) for Plaintiff(s):      Mark Selwyn/Benjamin Powell
Attorney(s) for Defendant(s):    Joe Akrotirianakis/Matt Dawson

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Further case management conference -- Held.

## NOTES AND ORDERS

A jury trial is set for December 1, 2025, at 9:00 a.m. The Court will issue a scheduling order.

1