UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br>           Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br>           Defendants. | Case No. 3:21-cv-09078-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Fact discovery cut-off | April 24, 2025 |
| Expert disclosures | May 15, 2025 |
| Rebuttal expert disclosures | June 12, 2025 |
| Expert discovery cut-off | July 3, 2025 |
| Last day to file dispositive and FRE 702 motions | July 17, 2025 |
| Pretrial conference | November 13, 2025, at 1:30 p.m. |
| Jury Trial | December 1, 2025, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling

conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: May 28, 2024

_____
JAMES DONATO
United States District Judge