| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>BENJAMIN A. POWELL (SBN 214728)<br>  benjamin.powell@wilmerhale.com<br>WHITNEY RUSSELL (*pro hac vice*)<br>  whitney.russell@wilmerhale.com<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6000 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>MARK D. SELWYN (SBN 244180)<br>  mark.selwyn@wilmerhale.com<br>ALLISON BINGXUE QUE (SBN 324044)<br>  allison.que@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94301<br>Telephone: (650) 858-6000 |

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                    Defendants. | Case No. 3:21-cv-09078-JD<br><br>**PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN RELATION TO APPLE'S MOTION FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)**<br><br>Judge: Hon. James Donato |

1   Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff Apple Inc. ("Apple") hereby files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Sealing Motion").  Apple's concurrently filed Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) references, describes, and quotes from documents that Defendants have designated as "Highly Confidential – Attorneys' Eyes Only" under the Limited Protective Order (ECF Nos. 52, 53) entered in this case.  Accordingly, Apple files this motion to afford Defendants the opportunity to file whatever declaration in support of sealing they deem necessary in accordance with L.R. 79-5(f)(3).  Attached to this Sealing Motion is an unredacted copy of Apple's Motion with the relevant information highlighted.

For the foregoing reasons, Apple respectfully requests that the Court permit Apple's unredacted motion and exhibit, as identified below, to be conditionally filed under seal.

| Document | Pages | Line Number(s) / Sections | Reasons for Sealing |
|---|---|---|---|
| Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) | 3 | Indicated portions of lines 10-13 | Refers to material designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Exhibit A to Powell Declaration In Support Of Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) | All | Entire Exhibit | Exhibit designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

Respectfully submitted,

Dated:  September 13, 2024

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
Mark D. Selwyn
*Attorney for Plaintiff Apple Inc.*