WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  benjamin.powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  david.bowker@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
  whitney.russell@wilmerhale.com
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
  mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
  allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-09078-JD<br><br>**DECLARATION OF BENJAMIN A. POWELL IN SUPPORT OF PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN RELATION TO APPLE'S MOTION FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)**<br><br>Hon. James Donato |

I, Benjamin A. Powell, declare:

1. I am an attorney duly licensed to practice in California. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Apple Inc. ("Apple") in the above-captioned matter.

2. I submit this declaration in support of Apple's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed In Relation To Apple's Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2). I have personal knowledge of the information contained in this declaration.

3. Apple's concurrently filed Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) references, describes, and quotes from documents that Defendants have designated as "Highly Confidential – Attorneys' Eyes Only" under the Limited Protective Order (ECF Nos. 52, 53) entered in this case. That includes the portions of the unredacted motion and accompanying exhibit identified in the following table:

| Document | Pages | Line Number(s) / Sections | Reasons for Sealing |
|---|---|---|---|
| Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) | 3 | Indicated portions of lines 10-13 | Refers to material designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |
| Exhibit A to Powell Declaration In Support Of Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) | All | Entire Exhibit | Exhibit designated "Highly Confidential – Attorneys' Eyes Only" by Defendants |

4. Apple has filed its Administrative Motion in order to provide Defendants with an opportunity to file a declaration to support sealing the documents, or portions thereof, that they have designated as "Highly Confidential – Attorneys' Eyes Only" under the Limited Protective Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  EXECUTED this 13th day of September 2024 in Washington, District of Columbia.

*/s/ Benjamin A. Powell*
Benjamin A. Powell