# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>                Defendants. | Case No. 3:21-cv-09078-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered the motion filed by Plaintiff Apple Inc., the Court grants Apple's Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Apple's Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2). The documents or portions of documents identified in the table below will be conditionally sealed to afford Defendants the opportunity to file a statement and/or declaration in accordance with L.R. 79-5(f)(3):

| Document | Pages | Line Number(s) / Sections | Reasons for Sealing |
|---|---|---|---|
| Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) | 3 | Indicated portions of lines 10-13 | Refers to material designated "Highly Confidential – Attorney's Eyes Only" by Defendants |
| Exhibit A to Powell Declaration In Support Of Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) | All | Entire Exhibit | Exhibit designated "Highly Confidential – Attorney's Eyes Only" by Defendants |

**IT IS SO ORDERED.**

Date:                                          By: _____
                                                    Hon. James Donato
                                                    United States District Judge