WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  benjamin.powell@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
  whitney.russell@wilmerhale.com
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
  mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
  allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, and<br>Q CYBER TECHNOLOGIES LIMITED,<br><br>            Defendants. | Case No. 3:21-cv-09078-JD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. James Donato |

I, Mark D. Selwyn, declare that I am over the age of eighteen years and not a party to this action.  I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California.  I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. in the above-captioned matter.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, California 94306.

On September 13, 2024, I caused to be served the unredacted, sealed versions of Plaintiff Apple Inc.'s Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) and Exhibit A to the accompanying Declaration of Benjamin A. Powell by causing those documents to be transmitted by electronic mail to the email addresses set forth below:

Joseph N. Akrotirianakis
Email:  jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071

Matthew V. Noller
Email:  mnoller@kslaw.com
KING & SPALDING LLP
621 Capitol Mall
Sacramento, CA 95814

Aaron S. Craig
Email:  acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA  90071

*Counsel for Defendants NSO Group Technologies Limited, and Q Cyber Technologies Limited*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 13th day of September 2024.

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/ Mark D. Selwyn*
Mark D. Selwyn
*Attorney for Plaintiff Apple Inc.*