WILMER CUTLER PICKERING
  HALE AND DORR LLP
BENJAMIN A. POWELL (SBN 214728)
  benjamin.powell@wilmerhale.com
DAVID W. BOWKER (SBN 200516)
  david.bowker@wilmerhale.com
WHITNEY RUSSELL (*pro hac vice*)
  whitney.russell@wilmerhale.com
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 663-6000

WILMER CUTLER PICKERING
  HALE AND DORR LLP
MARK D. SELWYN (SBN 244180)
  mark.selwyn@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
  allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94301
Telephone: (650) 858-6000

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:21-cv-09078-JD<br><br>**DECLARATION OF BENJAMIN A. POWELL IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)**<br><br>Hon. James Donato<br>Courtroom 11, 19th Floor<br>Date:  October 24, 2024<br>Time:  10:00 AM |

1    I, Benjamin A. Powell, declare:

2    1.    I am an attorney duly licensed to practice in California. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Apple Inc. ("Apple") in the above-captioned matter.

2.    I submit this declaration in support of Apple's Motion For Voluntary Dismissal Under Federal Rule Of Civil Procedure 41(a)(2). I have personal knowledge of the information contained in this declaration.

3.    Attached hereto as **Exhibit A** is a true and complete copy of Defendants' Responses and Objections to Apple's First Set Of Requests For Production.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 13th day of September 2024 in Washington, District of Columbia.

*/s/ Benjamin A. Powell*
Benjamin A. Powell