1
2                    **UNITED STATES DISTRICT COURT**
3                    **NORTHERN DISTRICT OF CALIFORNIA**
4                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLE INC., | |
| Plaintiff, | Case No. 3:21-cv-09078-JD |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(2)** |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

Having considered the motion filed by Plaintiff Apple Inc., the Court **GRANTS** Apple's Motion For Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2).  Apple's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Date:                                             By: _____
                                                        Hon. James Donato
                                                        United States District Judge