JOSEPH N. AKROTIRIANAKIS (Bar No. 197971
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
MATTHEW NOLLER (Bar No. 325180)
 mnoller@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants
NSO GROUP TECHNOLOGIES LIMITED and
Q CYBER TECHNOLOGIES LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:21-cv-09078-JD |
| Plaintiff, | Honorable James Donato |
| v. | **DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANTS' STATEMENT IN RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, | |
| Defendants. | |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. On November 23, 2021, Plaintiff filed the Complaint (Dkt. No. 1) for which it now seeks dismissal.

3. The case-related work described herein was undertaken in response to Plaintiff's Complaint and it would not be able to be repurposed in any future litigation of Apple's claims; the fees and costs associated with that work is accordingly "sunk."

4. Through counsel, NSO prepared and filed a Motion to Dismiss (the "Initial Motion") on March 3, 2022, which was fully briefed as of May 18, 2022. (*See* Dkt. Nos. 28, 36.) This included declarations, a proposed order, and a reply brief. (Dkt. Nos. 28-1, 28-2, 28-3, 36.)

5. Through counsel, NSO participated in the conferencing of counsel in preparation of a Joint Case Management Statement. (Dkt. No. 31.) NSO's counsel were also required to prepare for and attend an Initial Case Management Conference on March 17, 2022.

6. After a temporary stay in this matter, counsel for NSO prepared and filed a Renewed Motion to Dismiss on March 10, 2023. (Dkt. No. 48.) In connection with its Renewed Motion to Dismiss, counsel for NSO prepared and filed declarations, a proposed order, a reply brief, supplemental briefing, numerous administrative motions (including motions for leave, motions to seal, and attendant papers), and a statement of recent decision. (*See* Dkt. Nos. 48, 48-1, 48-2, 51, 62 through 62-10, 64 through 64-4, 65 through 65-5, 70 through 70-3, 73 through 73-5, 74 through 74-2, 78 through 78-3, 80 through 80-2, 81, 81-1, 85, 85-1.) NSO also negotiated, prepared, and filed a protective order. (*See* Dkt. Nos. 52, 53.)

7. The Court denied NSO's Renewed Motion to Dismiss on January 23, 2024 (Dkt. No. 88), and NSO, through counsel, prepared and filed an Answer to Plaintiff's Complaint on February 14, 2024 (Dkt. No. 89).

8. Counsel for NSO then conferred about, and prepared portions of, a second Joint Case Management Statement, which was filed on May 9, 2024. (Dkt. No. 93.)  Counsel for NSO also prepared initial disclosures, which it served on May 9, 2024.  Counsel for NSO then prepared for and attended the subsequent case management conference on May 16, 2024.  (Dkt. No. 94.)

9. Following the Case Management Conference, Apple served written discovery on NSO, including twenty-eight requests for production of documents and eleven interrogatories. Through counsel, NSO responded to Apple's discovery on June 21, 2024, and July 5, 2024, respectively.

10. Counsel for NSO prepared and, on July 17, 2024, served three sets of discovery requests on Apple, including requests for production, requests for admission, and interrogatories.

11. After the filing of this Complaint, counsel for NSO engaged in interviews of potential document custodians and took steps to preserve data for potential use in this litigation.

12. Apple's counsel did not attempt to meet and confer with NSO's counsel in advance of filing its Motion to Dismiss, so counsel for NSO did not have the opportunity to propose dismissal parameters to Apple's counsel before the filing of its Motion.

13. Apple filed its Motion to Dismiss at 9:06 a.m. PST on September 13, 2024. Five minutes later, at 9:11 a.m. PST on September 13, 2024, *The Washington Post* published a fourteen-paragraph article on the motion that included third party quotations.  I read the article on the Internet website of *The Washington Post* and noted the time of its original publication.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 27, 2024, at Los Angeles, California.

                */s/ Joseph N. Akrotirianakis*
                JOSEPH N. AKROTIRIANAKIS